| | |
|---|---|
| In re: | Chapter 7 |
| UGP HOLDINGS, INC. | Case No. 25-11529 (xxx) |
| Debtor. | |
| Tax I.D. No. No. 81-4374485 | |
| In re: | Chapter 7 |
| UGP BUYER INC., | Case No. 25-11530 (xxx) |
| Debtor. | |
| Tax I.D. No. No. 81-4342454 | |
| In re: | Chapter 7 |
| UNITED GROUP PROGRAMS INC., | Case No. 25-11531 (xxx) |
| Debtor. | |
| Tax I.D. No. No. 59-1896277 | |

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY, AND
DISCLAIMERS REGARDING DEBTORS' SCHEDULES OF ASSETS AND
LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

## <u>Introduction</u>

The Schedules of Assets and Liabilities (collectively, the "**Schedules**") and Statements of Financial Affairs (collectively, the "**Statements**," and, together with the Schedules, the "**Schedules and Statements**") filed by UGP Holdings, Inc. ("**UGP Holdings**"), UGP Buyer Inc. ("**UGP Buyer**"), and United Group Programs Inc. ("**UGP**" and together with UGP Holdings and UGP Buyer, the "**Company**") as debtors in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), were prepared in accordance with section 521 of title 7 of the United States Code (the "**Bankruptcy Code**"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") by management of the Debtors, with the assistance of the Debtors' professional advisors, and are unaudited.

The information provided herein, except as otherwise noted, is as of August 15, 2025 (the "**Petition Date**"). While management of the Company has made every reasonable effort to ensure

that the Bankruptcy Schedules are accurate and complete, based upon information that was available to them at the time of preparation, the subsequent receipt of information may result in material changes to financial data and other information contained in the Bankruptcy Schedules and inadvertent errors or omissions may exist.

The Schedules and Statements have been signed by Tim Dewey, Chief Operating Officer of the Company. In reviewing and signing the Schedules and Statements, Mr. Dewey relied upon various personnel of the Debtors and the Debtors' professional advisors and their efforts, statements, and representations in connection therewith. Although management has made reasonable efforts to ensure that the Schedules and Statements are accurate and complete based upon information that was available to them at the time of preparation, subsequent information or discovery thereof may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may exist. Mr. Dewey has not (nor could have) personally verified the accuracy of each statement and representation, including, for example, statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses. In addition, Mr. Dewey has not (nor could have) personally verified the completeness of the Schedules and Statements, nor the accuracy of any information contained therein.

These Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules and Statements (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statements. The Global Notes are in addition to any specific notes contained in any Debtor's Schedules or Statements. Disclosure of information in one Schedule, Statement, exhibit or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit or continuation sheet.

**The Schedules, Statements and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events or performance of the Debtors.**

## <u>Global Notes and Overview of Methodology</u>

1.    **General Reservation of Rights.** Although the Debtors' management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may have occurred, some of which may be material. Because the Schedules and Statements contain unaudited information, which remains subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete. The Debtors reserve all rights to amend the Schedules and Statements from time to time, in any and all respects, as may be necessary or appropriate, including the right to dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim ("**Claim**") as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules and Statements shall constitute an admission of any claims or a waiver of any of the Debtors' rights with respect to these chapter 7 cases, including issues

4913-4922-8892, v. 4

involving substantive consolidation, recharacterization, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

2. The Debtors and their past or present officers, employees, attorneys, professionals and agents do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. The Debtors and their past or present officers, employees, attorneys, professionals and agents expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized. In no event shall the Debtors or their past or present officers, employees, attorneys, professionals and/or agents be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of any potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused arising from or related to any information provided herein or omitted herein.

3. **Basis of Presentation.** The Schedules and Statements purport to reflect the assets and liabilities of the Debtors. The Debtors reserve all rights relating to the legal ownership of assets and liabilities and nothing in the Schedules or Statements shall constitute a waiver or relinquishment of such rights. Information contained in the Schedules and Statements has been derived from the Debtors' books and records. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles nor are they intended to be fully reconcilable to audited financial statements.

4. **Totals.** All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Debtors' books and records. To the extent there are unknown or undetermined amounts, the actual totals may be different than the listed total, and the difference may be material. In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements. The Schedules and Statements generally do not include amounts that creditors may assert on account of late fees, interest, attorney fees or costs of collection, and the Debtors reserve all rights to dispute any such amounts.

5. **Excluded Assets and Liabilities.** The Debtors have excluded potential claims arising on account of the potential rejection of executory contracts and unexpired leases, to the extent such claims exist. Certain immaterial assets and liabilities that are not reported or tracked centrally may have been excluded.

6. **Amendments and Supplements; All Rights Reserved.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; inadvertent errors

or omissions, however, may exist. The Debtors reserve all rights, but are not required, to amend and/or supplement the Schedules and Statements from time to time as is necessary and appropriate.

7. **References.** References to applicable revolving credit facility agreements and related documents are necessary for a complete description of the collateral and the nature, extent, and priority of liens and/or claims. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

8. **Book Value.** Unless otherwise indicated, the Debtors' assets and liabilities are shown on the basis of net book values as of August 11, 2025 and adjusted for manual estimations thereafter until the date of filing. Thus, unless otherwise noted, the Schedules and Statements reflect the carrying value of the assets and liabilities as recorded in the Debtors' books. Net book values may vary, sometimes materially, from market values. The Debtors do not intend to amend these Schedules and Statements to reflect market values.

9. **Recharacterization.** Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items, but any such mischaracterization is expressly without waiver of any estate rights or interests.

10. **Claims of Third-Party Entities.** Although the Debtors have made reasonable efforts to classify properly each Claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and/or contingent or non-contingent, the Debtors have not been able to fully reconcile all payments made to certain third-party entities on account of the Debtors' obligations to both such entity and its affiliates. Therefore, to the extent that the Debtors have classified its estimate of Claims of a creditor as disputed, for example, all Claims of such creditor's affiliates listed in the Schedules and Statements shall similarly be considered disputed, whether or not they are individually designated as such.

11. **Liabilities.** The liabilities listed on the Schedules and Statements do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

12. **Guarantees and Other Secondary Liability Claims.** Where guarantees have been identified, they have been included in the relevant liability Schedule for the Debtors affected by such guarantee. The Debtors have also listed such guarantees on the applicable Schedule H. It is possible that certain guarantees embedded in the Debtors' revolving credit facility, executory contracts, unexpired leases, debt instruments and other such agreements may have been inadvertently omitted.

13. **Intellectual Property Rights.** Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual

- 4 -

property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. The Debtors have made significant efforts to attribute intellectual property to the rightful Debtor owner. Accordingly, the Debtors reserve all rights with respect to the legal status of any and all such intellectual property rights.

14.     **Executory Contracts and Unexpired Leases.** The Debtors have not set forth executory contracts or unexpired leases as assets in the Schedules and Statements. Instead, the Debtors' executory contracts and unexpired leases have been set forth in Schedule G. In addition, while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over-inclusion may have occurred.

15.     **Claims Description.** Schedules D and E/F permit the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated" or that such Claim is not subject to objection. The Debtors reserve all rights to dispute any Claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such Claims as "disputed," "contingent," or "unliquidated." In addition, the Debtors reserve their rights to object to any listed Claim on the grounds that, among other things, the Claim has already been satisfied.

16.     **Causes of Action.** Despite their reasonable efforts, the Debtors may not have listed all causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. The Debtors reserve all of their rights for any claims, causes of action, or avoidance actions they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

17.     **Undetermined Amounts.** Claim amounts that could not readily be quantified by the Debtors are scheduled as "unknown," "TBD," or "undetermined". The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

18.     **Liens.** Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property or equipment.

19.     **Addresses.** Any individual, including current employee, former employee, and officer and directors' addresses have been redacted from entries listed throughout the Schedules and Statements, where applicable.

4913-4922-8892, v. 4

20.     **Estimates.** To prepare and file the Schedules as close to the Petition Date as possible, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities.

21.     **Credits and Adjustments.** The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

22.     **Setoffs**. The Debtors incur certain setoffs and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, negotiations and/or disputes between the Debtors and their vendors and customers.  These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately.  Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are excluded from the Schedules.

23.     **Global Notes Control.** In the event that the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

24.     **Confidentiality.** There may be instances in the Schedules and Statements where the Debtors have deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts. Typically, the Debtors have used this approach because of an agreement between the Debtors and a third party, concerns of confidentiality, or concerns for the privacy of, or otherwise preserving the confidentiality of, personally identifiable information.

## General Disclosures Applicable to Schedules

25.     **Estimated Assets.** The estimated assets included within the statistical and administrative information within Form 201 represents the estimated amounts that the Debtors expect will be realized from the liquidation of the Debtors' total property.

26.     **Classifications.** Listing a Claim (a) on Schedule D as "secured," (b) on Schedule E/F as "priority," or (c) on Schedule E/F as "unsecured," or a contract on Schedule G as "executory" or "unexpired," does not in each case constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

27.     **Schedule A/B - Real and Personal Property.**

    (a)     Schedule A/B.  All values set forth in Schedule A/B reflect the book value of the Debtors' assets as of the Petition Date unless otherwise noted below or in the Schedules and Statements.

(b)  Schedule A/B 3. Bank account balances are as of August 11, 2025.  None of the bank accounts were closed as of the date of the petition.  Schedule A/B 3 includes certain fiduciary accounts held by the Debtors in trust for the benefit of certain insurance carriers and third parties.

(c)  Schedule A/B 8. Prepayments include amounts that are considered as prepaid in the general ledger based on our best estimates as of August 11, 2025.  In addition, the Debtor may have claims against its creditors arising from prepayments.

(d)  Schedule A/B 10.    Accounts receivable amounts are listed at the gross amount reflected in the Debtors' books and records, and do not reflect deductions or exclusions for obligations included in such amounts for claim funding, or fees or commissions payable to the Debtors or to brokers.

(e)  Schedule A/B.15. Equity interests in subsidiaries and affiliates arise from common stock ownership. For purposes of these Schedules, the value of the Debtors' interests is undetermined.  The book values of certain assets may materially differ from their fair market values and/or the liquidation of the assets prepared in connection with the Disclosure Statement.

(f)  Schedule A/B. Part 7. Dollar amounts are presented net of accumulated depreciation and other adjustments.  Cost and accumulated depreciation is as of August 11, 2025.  The Company's records did not include any fixed asset additions or any immaterial disposals after August 11, 2025.

(g)  Schedule A/B.54. The Debtors do not own any real property.

(h)  Schedule A/B 61-62.  Intellectual property is listed in Schedule A/B 61-62 as an undetermined amount because the fair market value of such property is dependent on numerous variables and factors.  The Debtors do not have a net book value for these assets as of the petition date.  Nothing herein or in the Schedules and Statements shall be construed as an admission or acknowledgment by the Debtors that any particular intellectual property is not transferable either pursuant to its terms or pursuant to provisions of the Bankruptcy Code or has no market value, and the Debtors reserve all rights with respect to any such issues.

(i)  Schedule A/B 74/75. The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to this question shall not constitute a waiver, release, relinquishment, or forfeiture of such claim.  In the ordinary course of its business, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, refunds or potential warranty Claims against its suppliers.  Additionally, the Debtors may be a party to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant.  Because such Claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B 74/75.

28.     **Schedule D — Creditors Holding Secured Claims.** The Claims listed on Schedule D arose or were incurred on various dates.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in these Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Further, while the Debtors have included the results of Uniform Commercial Code searches, the listing of such results is not, nor shall it be deemed, an admission as to the validity of any such lien. The descriptions provided in Schedule D are solely intended to be a summary and not an admission of liability. The Debtors have made reasonable, good faith efforts to include all known liens on Schedule D but may have inadvertently omitted to include an existing lien because of, among other things, the possibility that a lien may have been imposed after the Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation.

In addition to those stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

29.     **Schedule E/F — Creditors Holding Unsecured Claims.** The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F based upon the Debtors' existing books and records as of August 11, 2025; however, inadvertent errors or omissions may have occurred. The Claims listed on Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a Claim arose is an open issue of fact. In addition, the Claims of individual creditors for, among other things, goods or services are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtors' books and records and may not reflect credits, rebates, or allowances due from such creditors to the Debtors. The Claims and amounts listed in respect of certain trade payables reflect amounts owed as of August 11, 2025 and thereafter adjusted to arrive at estimates as of the Petition Date. Certain Claims listed on Schedule E/F may be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

Schedule E/F also contains information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements.

30.     **Schedule G — Executory Contracts and Unexpired Leases.** While reasonable efforts have been made to ensure the accuracy of Schedule G, the Debtors' business is complex, and inadvertent errors, omissions, or overinclusion may have occurred. Each lease and contract listed in Schedule G may include one or more ancillary documents, including any underlying assignment and assumption agreements, amendments, supplements, full and partial assignments, renewals and partial releases, which may not be listed on Schedule G. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment,

options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of business, such as financing agreements, indemnity agreements, subordination, non-disturbance agreements, supplemental agreements, amendments/letter agreements, title agreements, and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the executory contracts may not have been memorialized in writing and could be subject to dispute.

During the ordinary course of business, the Debtors from time to time have entered into confidentiality and non-disclosure agreements ("**NDA's**") with potential and current partners, investors and customers. The Debtors have not listed such NDAs within Schedule G and take no position on whether such agreements are executory within the meaning of the Bankruptcy Code.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. Likewise, inclusion of any agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, or that such agreement was in effect on the Petition Date or is valid and enforceable.

31.     **Schedule H — Co-debtors.** Although the Debtors have made every effort to ensure the accuracy of Schedule H, inadvertent errors, omissions, or inclusions may have occurred.

The listing of a contract, guarantee, or other obligation on Schedule H shall not be deemed an admission that such obligation is binding, valid, or enforceable.

In the ordinary course of its business, the Debtors are involved in pending or threatened litigation and claims arising out of the conduct of its business. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counterclaims against other parties. Because such claims are listed elsewhere in the Statements and Schedules, they may not have been set forth individually on Schedule H.

Schedule H also reflects guarantees by the Debtors. The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, debt instruments, and other such agreements.

## General Disclosures Applicable to Statements

32.     **Questions 1 and 2.** The gross revenue and non-business revenue reported from January 2023 to the Petition Date.

33.     **Question 3 and 4.** For certain creditors receiving payment, the Debtors maintain multiple addresses for such vendor. Efforts have been made to attribute the correct address, however, in certain instances, alternate addresses may be applicable for a party listed in response to Question 3.

**Question 3.** Question 3 includes any cash disbursement or other cash transfers made by the Debtors except for those made to employees. Non-cash transfers, such as issuances of

4913-4922-8892, v. 4

restricted stock units, vesting of restricted stock units and other similar transactions, are not listed. Amounts listed in response to Question 3 are as of August 11, 2025.

34. **Question 4.** The Debtors have listed cash payments to or for the benefit of insiders. Non-cash transfers, such as issuances of restricted stock units, vesting of restricted stock units and other similar transactions, are not listed. Amounts listed in response to Question 4 are as of August 11, 2025.

For purposes of the Schedules and Statements, the Debtors have included as insiders individuals who, based upon the totality of circumstances, may have a controlling interest in, or exercise sufficient control over, the Debtors so as to dictate corporate policy and the disposition of assets. The Debtors do not take any position with respect to (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities law, or with respect to any theories of liability or any other purpose.

35. **Question 7.** The Debtors reserve all rights and defenses with respect to any and all listed lawsuits and administrative proceedings. The listing of any such suits and proceedings shall not constitute an admission by the Debtors of any liabilities or that the actions or proceedings were correctly filed against the Debtors. The Debtors also reserve their rights to assert that a Debtor is not an appropriate party to such actions or proceedings.

36. **Question 21.** The Debtors have included certain fiduciary accounts held by the Debtors in trust for the benefit of certain insurance carriers and third parties. These accounts are identified in Schedule A/B 3. Amounts listed in response to Question 21 are as of August 11, 2025.

37. **Question 26d.** The Debtors have supplied financial statements and reports in the ordinary course of business to certain third parties under confidentiality agreements. Such third parties include service providers assisting in or providing inputs to the Debtors accounting records, and certain other creditors and their advisors.

38. **Question 30.** For this question, please reference Statement of Financial Affairs, Question 4.

4913-4922-8892, v. 4

## Official Form 207

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:** Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 1/1/2025 | to 7/31/2025 | ☑ Operating a business<br>☐ Other | $34,624,308.00 |
| For prior year: | From 1/1/2024 | to 12/31/2024 | ☑ Operating a business<br>☐ Other | $68,316,219.00 |
| For the year before that: | From 1/1/2023 | to 12/31/2023 | ☑ Operating a business<br>☐ Other | $61,047,170.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From | to Filing Date | | |
| For prior year: | From | to | | |
| For the year before that: | From | to | | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

## 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers - including expense reimbursements - to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1 <br> See attached SOFA 3 Exhibit | | $2,523,431.44 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other <br> Various |

## 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1 <br> Andrew Bard [Address on File] <br><br> Relationship to debtor <br> CEO | 8/23/2024 | $12,500.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other <br> Salary |
| 4.2 <br> Andrew Bard [Address on File] <br><br> Relationship to debtor <br> CEO | 9/6/2024 | $12,500.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other <br> Salary |

4.3

Andrew Bard [Address on File]     9/20/2024     $12,500.00

Relationship to debtor
CEO

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Salary

4.4

Andrew Bard [Address on File]     10/4/2024     $12,500.00

Relationship to debtor
CEO

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Salary

4.5

Andrew Bard [Address on File]     10/18/2024     $12,500.00

Relationship to debtor
CEO

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Salary

4.6

Andrew Bard [Address on File]     11/1/2024     $12,500.00

Relationship to debtor
CEO

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Salary

4.7

Andrew Bard [Address on File]     11/15/2024     $12,500.00

Relationship to debtor
CEO

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Salary

4.8

Andrew Bard [Address on File]                11/29/2024          $12,500.00        ☐ Secured debt

Relationship to debtor                                                             ☐ Unsecured loan repayments
CEO
                                                                                   ☐ Suppliers or vendors

                                                                                   ☐ Services

                                                                                   ☑ Other

                                                                                   Salary

4.9

Andrew Bard [Address on File]                12/13/2024          $12,500.00        ☐ Secured debt

Relationship to debtor                                                             ☐ Unsecured loan repayments
CEO
                                                                                   ☐ Suppliers or vendors

                                                                                   ☐ Services

                                                                                   ☑ Other

                                                                                   Salary

4.10

Andrew Bard [Address on File]                12/27/2024          $12,500.00        ☐ Secured debt

Relationship to debtor                                                             ☐ Unsecured loan repayments
CEO
                                                                                   ☐ Suppliers or vendors

                                                                                   ☐ Services

                                                                                   ☑ Other

                                                                                   Salary

4.11

Andrew Bard [Address on File]                1/10/2025          $12,500.00         ☐ Secured debt

Relationship to debtor                                                             ☐ Unsecured loan repayments
CEO
                                                                                   ☐ Suppliers or vendors

                                                                                   ☐ Services

                                                                                   ☑ Other

                                                                                   Salary

4.12

Andrew Bard [Address on File]                1/24/2025          $12,500.00         ☐ Secured debt

Relationship to debtor                                                             ☐ Unsecured loan repayments
CEO
                                                                                   ☐ Suppliers or vendors

                                                                                   ☐ Services

                                                                                   ☑ Other

                                                                                   Salary

4.13

Andrew Bard [Address on File]          2/7/2025          $12,500.00

Relationship to debtor
CEO

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other
Salary

4.14

Andrew Bard [Address on File]          2/21/2025          $12,500.00

Relationship to debtor
CEO

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other
Salary

4.15

Andrew Bard [Address on File]          3/7/2025          $12,500.00

Relationship to debtor
CEO

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other
Salary

4.16

Andrew Bard [Address on File]          3/21/2025          $12,500.00

Relationship to debtor
CEO

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other
Salary

4.17

Andrew Bard [Address on File]          4/4/2025          $12,500.00

Relationship to debtor
CEO

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other
Salary

4.18

Andrew Bard [Address on File]    4/18/2025    $12,500.00    ☐ Secured debt

Relationship to debtor    ☐ Unsecured loan repayments
CEO
☐ Suppliers or vendors

☐ Services

☑ Other

Salary

4.19

Andrew Bard [Address on File]    5/2/2025    $12,500.00    ☐ Secured debt

Relationship to debtor    ☐ Unsecured loan repayments
CEO
☐ Suppliers or vendors

☐ Services

☑ Other

Salary

4.20

Andrew Bard [Address on File]    5/16/2025    $12,500.00    ☐ Secured debt

Relationship to debtor    ☐ Unsecured loan repayments
CEO
☐ Suppliers or vendors

☐ Services

☑ Other

Salary

4.21

Andrew Bard [Address on File]    6/5/2025    $12,500.00    ☐ Secured debt

Relationship to debtor    ☐ Unsecured loan repayments
CEO
☐ Suppliers or vendors

☐ Services

☑ Other

Salary

4.22

Andrew Bard [Address on File]    6/13/2025    $12,500.00    ☐ Secured debt

Relationship to debtor    ☐ Unsecured loan repayments
CEO
☐ Suppliers or vendors

☐ Services

☑ Other

Salary

**4.23**

Andrew Bard [Address on File]          7/10/2025          $12,500.00

Relationship to debtor
CEO

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Salary

**4.24**

Brian Monahan [Address on File]          8/23/2024          $10,576.92

Relationship to debtor
CFO

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Salary

**4.25**

Brian Monahan [Address on File]          9/6/2024          $10,576.92

Relationship to debtor
CFO

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Salary

**4.26**

Brian Monahan [Address on File]          9/20/2024          $10,576.92

Relationship to debtor
CFO

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Salary

**4.27**

Brian Monahan [Address on File]          10/4/2024          $10,576.92

Relationship to debtor
CFO

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Salary

**4.28**

Brian Monahan [Address on File]

10/18/2024        $10,576.92

Relationship to debtor
CFO

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other

Salary

**4.29**

Brian Monahan [Address on File]

11/1/2024        $10,576.92

Relationship to debtor
CFO

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other

Salary

**4.30**

Brian Monahan [Address on File]

11/15/2024        $10,576.92

Relationship to debtor
CFO

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other

Salary

**4.31**

Brian Monahan [Address on File]

11/29/2024        $10,576.92

Relationship to debtor
CFO

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other

Salary

**4.32**

Brian Monahan [Address on File]

12/13/2024        $10,576.92

Relationship to debtor
CFO

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other

Salary

4.33

Brian Monahan [Address on File]                12/27/2024              $10,576.92        ☐ Secured debt

                                                                                         ☐ Unsecured loan repayments
Relationship to debtor
CFO                                                                                      ☐ Suppliers or vendors

                                                                                         ☐ Services

                                                                                         ☑ Other

                                                                                         Salary

4.34

Brian Monahan [Address on File]                1/10/2025               $10,576.92        ☐ Secured debt

                                                                                         ☐ Unsecured loan repayments
Relationship to debtor
CFO                                                                                      ☐ Suppliers or vendors

                                                                                         ☐ Services

                                                                                         ☑ Other

                                                                                         Salary

4.35

Brian Monahan [Address on File]                1/24/2025               $10,576.92        ☐ Secured debt

                                                                                         ☐ Unsecured loan repayments
Relationship to debtor
CFO                                                                                      ☐ Suppliers or vendors

                                                                                         ☐ Services

                                                                                         ☑ Other

                                                                                         Salary

4.36

Brian Monahan [Address on File]                2/7/2025                $10,576.92        ☐ Secured debt

                                                                                         ☐ Unsecured loan repayments
Relationship to debtor
CFO                                                                                      ☐ Suppliers or vendors

                                                                                         ☐ Services

                                                                                         ☑ Other

                                                                                         Salary

4.37

Brian Monahan [Address on File]                2/21/2025               $10,576.92        ☐ Secured debt

                                                                                         ☐ Unsecured loan repayments
Relationship to debtor
CFO                                                                                      ☐ Suppliers or vendors

                                                                                         ☐ Services

                                                                                         ☑ Other

                                                                                         Salary

4.38

Brian Monahan [Address on File]     3/7/2025       $10,576.92

Relationship to debtor
CFO

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other
Salary

4.39

Brian Monahan [Address on File]     3/21/2025       $10,576.92

Relationship to debtor
CFO

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other
Salary

4.40

Brian Monahan [Address on File]     4/4/2025       $10,576.92

Relationship to debtor
CFO

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other
Salary

4.41

Brian Monahan [Address on File]     4/18/2025       $10,576.92

Relationship to debtor
CFO

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other
Salary

4.42

Brian Monahan [Address on File]     5/2/2025       $10,576.92

Relationship to debtor
CFO

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other
Salary

4.43

Brian Monahan [Address on File]     5/16/2025     $10,576.92

Relationship to debtor
CFO

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other

Salary

4.44

Brian Monahan [Address on File]     6/5/2025     $10,576.92

Relationship to debtor
CFO

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other

Salary

4.45

Brian Monahan [Address on File]     6/13/2025     $10,576.92

Relationship to debtor
CFO

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other

Salary

4.46

Andrew Bard [Address on File]     08/09/2024     $6,504.80

Relationship to debtor
CEO

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other

Expense Reimbursement

4.47

Andrew Bard [Address on File]     08/23/2024     $5,101.30

Relationship to debtor
CEO

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other

Expense Reimbursement

4.48

Andrew Bard [Address on File]                09/20/2024              $2,736.95

Relationship to debtor
CEO

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Expense Reimbursement

4.49

Andrew Bard [Address on File]                10/04/2024              $4,167.05

Relationship to debtor
CEO

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Expense Reimbursement

4.50

Andrew Bard [Address on File]                10/18/2024              $2,533.33

Relationship to debtor
CEO

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Expense Reimbursement

4.51

Andrew Bard [Address on File]                11/01/2024                $561.35

Relationship to debtor
CEO

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Expense Reimbursement

4.52

Andrew Bard [Address on File]                11/15/2024              $2,100.00

Relationship to debtor
CEO

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Expense Reimbursement

4.53

Andrew Bard [Address on File]                11/29/2024          $4,911.05

Relationship to debtor
CEO

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other

Expense Reimbursement

4.54

Andrew Bard [Address on File]                12/13/2024          $3,295.21

Relationship to debtor
CEO

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other

Expense Reimbursement

4.55

Andrew Bard [Address on File]                12/27/2024          $2,884.99

Relationship to debtor
CEO

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other

Expense Reimbursement

4.56

Andrew Bard [Address on File]                01/10/2025          $3,605.64

Relationship to debtor
CEO

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other

Expense Reimbursement

4.57

Andrew Bard [Address on File]                01/24/2025          $3,015.56

Relationship to debtor
CEO

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other

Expense Reimbursement

**4.58**

Andrew Bard [Address on File]

Relationship to debtor
CEO

02/07/2025

$1,328.34

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other

Expense Reimbursement

**4.59**

Andrew Bard [Address on File]

Relationship to debtor
CEO

03/07/2025

$1,610.27

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other

Expense Reimbursement

**4.60**

Andrew Bard [Address on File]

Relationship to debtor
CEO

03/21/2025

$1,110.49

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other

Expense Reimbursement

**4.61**

Andrew Bard [Address on File]

Relationship to debtor
CEO

04/04/2025

$1,405.39

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other

Expense Reimbursement

**4.62**

Andrew Bard [Address on File]

Relationship to debtor
CEO

04/18/2025

$2,611.49

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other

Expense Reimbursement

**4.63**

Tim Dewey [Address on File]     08/09/2024     $1,297.23

Relationship to debtor
COO

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Expense Reimbursement

**4.64**

Tim Dewey [Address on File]     08/23/2024     $10,144.86

Relationship to debtor
COO

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Expense Reimbursement

**4.65**

Tim Dewey [Address on File]     09/06/2024     $2,315.84

Relationship to debtor
COO

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Expense Reimbursement

**4.66**

Tim Dewey [Address on File]     09/20/2024     $8,430.29

Relationship to debtor
COO

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Expense Reimbursement

**4.67**

Tim Dewey [Address on File]     10/18/2024     $6,005.80

Relationship to debtor
COO

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Expense Reimbursement

**4.68**

Tim Dewey [Address on File]

Relationship to debtor
COO

11/01/2024          $220.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other
Expense Reimbursement

**4.69**

Tim Dewey [Address on File]

Relationship to debtor
COO

11/15/2024          $5,000.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other
Expense Reimbursement

**4.70**

Tim Dewey [Address on File]

Relationship to debtor
COO

11/29/2024          $5,428.70

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other
Expense Reimbursement

**4.71**

Tim Dewey [Address on File]

Relationship to debtor
COO

12/27/2024          $6,539.30

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other
Expense Reimbursement

**4.72**

Tim Dewey [Address on File]

Relationship to debtor
COO

01/10/2025          $5,174.30

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other
Expense Reimbursement

4.73

Tim Dewey [Address on File]          02/07/2025          $8,799.42

Relationship to debtor
COO

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other
Expense Reimbursement

4.74

Tim Dewey [Address on File]          05/02/2025          $2,742.77

Relationship to debtor
COO

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other
Expense Reimbursement

4.75

Tim Dewey [Address on File]          05/16/2025          $505.12

Relationship to debtor
COO

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other
Expense Reimbursement

4.76

Tim Dewey [Address on File]          05/30/2025          $426.53

Relationship to debtor
COO

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other
Expense Reimbursement

4.77

Tim Dewey [Address on File]          07/07/2025          $506.34

Relationship to debtor
COO

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other
Expense Reimbursement

**4.78**

Tim Dewey [Address on File]

Relationship to debtor
COO

08/08/2025

$2,734.05

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other
Expense Reimbursement

**4.79**

Brian Monahan [Address on File]

Relationship to debtor
CFO

08/09/2024

$1,428.74

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other
Expense Reimbursement

**4.80**

Brian Monahan [Address on File]

Relationship to debtor
CFO

10/04/2024

$3,023.89

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other
Expense Reimbursement

**4.81**

Brian Monahan [Address on File]

Relationship to debtor
CFO

11/15/2024

$1,200.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other
Expense Reimbursement

**4.82**

Brian Monahan [Address on File]

Relationship to debtor
CFO

01/10/2025

$1,657.48

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other
Expense Reimbursement

**4.83**

Brian Monahan [Address on File]

Relationship to debtor
CFO

02/07/2025      $2,920.91

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Expense Reimbursement

**4.84**

Brian Monahan [Address on File]

Relationship to debtor
CFO

05/16/2025      $1,330.41

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Expense Reimbursement

**4.85**

Tim Dewey [Address on File]

Relationship to debtor
COO

8/23/2024      $10,576.92

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Salary

**4.86**

Tim Dewey [Address on File]

Relationship to debtor
COO

9/6/2024      $10,576.92

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Salary

**4.87**

Tim Dewey [Address on File]

Relationship to debtor
COO

9/20/2024      $10,576.92

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Salary

4.88

Tim Dewey [Address on File]                    10/4/2024                    $10,576.92          ☐ Secured debt

                                                                                                ☐ Unsecured loan repayments
Relationship to debtor
COO                                                                                             ☐ Suppliers or vendors

                                                                                                ☐ Services

                                                                                                ☑ Other

                                                                                                **Salary**

4.89

Tim Dewey [Address on File]                    10/18/2024                   $10,576.92          ☐ Secured debt

                                                                                                ☐ Unsecured loan repayments
Relationship to debtor
COO                                                                                             ☐ Suppliers or vendors

                                                                                                ☐ Services

                                                                                                ☑ Other

                                                                                                **Salary**

4.90

Tim Dewey [Address on File]                    11/1/2024                    $10,576.92          ☐ Secured debt

                                                                                                ☐ Unsecured loan repayments
Relationship to debtor
COO                                                                                             ☐ Suppliers or vendors

                                                                                                ☐ Services

                                                                                                ☑ Other

                                                                                                **Salary**

4.91

Tim Dewey [Address on File]                    11/15/2024                   $10,576.92          ☐ Secured debt

                                                                                                ☐ Unsecured loan repayments
Relationship to debtor
COO                                                                                             ☐ Suppliers or vendors

                                                                                                ☐ Services

                                                                                                ☑ Other

                                                                                                **Salary**

4.92

Tim Dewey [Address on File]                    11/29/2024                   $10,576.92          ☐ Secured debt

                                                                                                ☐ Unsecured loan repayments
Relationship to debtor
COO                                                                                             ☐ Suppliers or vendors

                                                                                                ☐ Services

                                                                                                ☑ Other

                                                                                                **Salary**

**4.93**

Tim Dewey [Address on File]

Relationship to debtor
COO

12/13/2024

$10,576.92

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other

Salary

**4.94**

Tim Dewey [Address on File]

Relationship to debtor
COO

12/27/2024

$10,576.92

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other

Salary

**4.95**

Tim Dewey [Address on File]

Relationship to debtor
COO

1/10/2025

$10,576.92

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other

Salary

**4.96**

Tim Dewey [Address on File]

Relationship to debtor
COO

1/24/2025

$10,576.92

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other

Salary

**4.97**

Tim Dewey [Address on File]

Relationship to debtor
COO

2/7/2025

$10,576.92

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other

Salary

**4.98**

Tim Dewey [Address on File]          2/21/2025          $10,576.92

Relationship to debtor
COO

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Salary

**4.99**

Tim Dewey [Address on File]          3/7/2025          $10,576.92

Relationship to debtor
COO

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Salary

**4.100**

Tim Dewey [Address on File]          3/21/2025          $10,576.92

Relationship to debtor
COO

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Salary

**4.101**

Tim Dewey [Address on File]          4/4/2025          $10,576.92

Relationship to debtor
COO

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Salary

**4.102**

Tim Dewey [Address on File]          4/18/2025          $10,576.92

Relationship to debtor
COO

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Salary

4.103

Tim Dewey [Address on File]                5/2/2025              $10,576.92        ☐ Secured debt

                                                                                  ☐ Unsecured loan repayments
Relationship to debtor
COO                                                                               ☐ Suppliers or vendors

                                                                                  ☐ Services

                                                                                  ☑ Other

                                                                                  **Salary**

4.104

Tim Dewey [Address on File]                5/16/2025             $10,576.92        ☐ Secured debt

                                                                                  ☐ Unsecured loan repayments
Relationship to debtor
COO                                                                               ☐ Suppliers or vendors

                                                                                  ☐ Services

                                                                                  ☑ Other

                                                                                  **Salary**

4.105

Tim Dewey [Address on File]                6/5/2025              $10,576.92        ☐ Secured debt

                                                                                  ☐ Unsecured loan repayments
Relationship to debtor
COO                                                                               ☐ Suppliers or vendors

                                                                                  ☐ Services

                                                                                  ☑ Other

                                                                                  **Salary**

4.106

Tim Dewey [Address on File]                6/13/2025             $10,576.92        ☐ Secured debt

                                                                                  ☐ Unsecured loan repayments
Relationship to debtor
COO                                                                               ☐ Suppliers or vendors

                                                                                  ☐ Services

                                                                                  ☑ Other

                                                                                  **Salary**

4.107

Tim Dewey [Address on File]                7/7/2025              $10,576.92        ☐ Secured debt

                                                                                  ☐ Unsecured loan repayments
Relationship to debtor
COO                                                                               ☐ Suppliers or vendors

                                                                                  ☐ Services

                                                                                  ☑ Other

                                                                                  **Salary**

**4.108**

| Tim Dewey [Address on File] | 7/11/2025 | $10,576.92 |
|---|---|---|

Relationship to debtor
COO

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Salary

**4.109**

| Tim Dewey [Address on File] | 7/25/2025 | $10,576.92 |
|---|---|---|

Relationship to debtor
COO

- [ ] Secured debt
- [x] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Salary

**4.110**

| Tim Dewey [Address on File] | 8/8/2025 | $10,576.92 |
|---|---|---|

Relationship to debtor
COO

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Salary

**4.111**

| Tim Dewey [Address on File] | 8/15/2025 | $42,307.69 |
|---|---|---|

Relationship to debtor
COO

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Salary

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.

Do not include property listed in line 6.

- [x] None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| **5.1** | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1 | | | |
| | Last 4 digits of account number | | |

---

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1 **Name**<br><br>**Case number**<br>Consumer Complaint for Case 158907 | Claims not paid | Name<br>Alabama Department of Insurance<br>Street<br>201 Monroe Street, Suite 502<br>City Montgomery   State AL   Zip 36104 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.2 **Name**<br><br>**Case number**<br>Complaint Tracking ID: 7065517 | State requested legal name of Company, NAIC code and if product approved to be sold in the State. | Name<br>Connecticut Insurance Department<br>Street<br>153 Market Street, 7th Floor<br>City Hartford   State CT   Zip 6103 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.3 **Name**<br><br>**Case number**<br>DFS Service Request Number: 1-1180146502 | Complaint received by AccessOne. Member stated it took several months to get documents and was unable to use the service and was not propery advised. | Name<br>Florida Office of Insurance Regulation<br>Street<br>200 East Gaines Street<br>City Tallahassee   State FL   Zip 32399-0301 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.4 **Name**<br><br>**Case number**<br>N/A | Refund request | Name<br>Direct from Member<br>Street<br>City   State Georgia   Zip | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.5 **Name**<br><br>**Case number**<br>Our Case Number: 555289032 | Refund request | Name<br>Office of Insurance and Safety Fire Commissioner<br>Street<br>West Tower, Suite 704<br>City Atlanta   State GA   Zip 30334 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

**7.6**

**Name**

Refund request

**Name**
Kentucky Department of Insurance

**Case number**
Our File No. 2024KES230

**Street**
Mayo-Underwood Building, 500 Mero Street, 2 SE 11

**City**          **State**    **Zip**
Frankfort        KY          40601

☐ Pending
☐ On appeal
☑ Concluded

---

**7.7**

**Name**

Refund request

**Name**
Kentucky Department of Insurance

**Case number**
Our File No. 20243JCA280

**Street**
Mayo-Underwood Building, 500 Mero Street, 2 SE 11

**City**          **State**    **Zip**
Frankfort        KY          40601

☐ Pending
☐ On appeal
☑ Concluded

---

**7.8**

**Name**

Refund request

**Name**
Attorney General

**Case number**
HEAU Case Number: HAU-513872

**Street**

**City**          **State**    **Zip**
                 Maryland

☐ Pending
☐ On appeal
☑ Concluded

---

**7.9**

**Name**

N/A

**Name**
Maryland Insurance Administration

**Case number**
File Number: MIA-8-16-00165068

**Street**
200 St. Paul Place, Suite 2700

**City**          **State**    **Zip**
Baltimore        MD          21202

☐ Pending
☐ On appeal
☑ Concluded

---

**7.10**

**Name**

Refund request

**Name**
Maryland Insurance Administration

**Case number**
MIA File Number: MIA-3-4-00158674

**Street**
200 St. Paul Place, Suite 2700

**City**          **State**    **Zip**
Baltimore        MD          21202

☐ Pending
☐ On appeal
☑ Concluded

---

**7.11**

**Name**

Email requesting additional information regarding MEC product.

**Name**
State Enforcement Unit

**Case number**
Log Number: 17819000.OCP
Tracking ID: 472979

**Street**

**City**          **State**    **Zip**
                 New Jersey

☐ Pending
☐ On appeal
☑ Concluded

**7.12**

Name

Refund request

Case number
Our File No. 102552

Name
Oregon Department of Consumer and Business Services (Insurance oversight)

Street
350 Winter Street NE

| City | State | Zip |
|------|-------|-----|
| Salem | OR | 97301 |

☐ Pending
☐ On appeal
☑ Concluded

**7.13**

Name

Refund request

Case number
Our File No. 102962

Name
Oregon Department of Consumer and Business Services (Insurance oversight)

Street
350 Winter Street NE

| City | State | Zip |
|------|-------|-----|
| Salem | OR | 97301 |

☐ Pending
☐ On appeal
☑ Concluded

**7.14**

Name

Refund request

Case number
Our File Number: 177769

Name
West Virginia Offices of the Insurance Commissioner

Street
900 Pennsylvania Avenue

| City | State | Zip |
|------|-------|-----|
| Charleston | WV | 25302 |

☐ Pending
☐ On appeal
☑ Concluded

**7.15**

Name

Refund request

Case number
Our File Number: 177938

Name
West Virginia Offices of the Insurance Commissioner

Street
900 Pennsylvania Avenue

| City | State | Zip |
|------|-------|-----|
| Charleston | WV | 25302 |

☐ Pending
☐ On appeal
☑ Concluded

**7.16**

Name

Refund request

Case number
Department File Number: 24-193-307948

Name
Pennsylvania Insurance Department

Street
1326 Strawberry Square

| City | State | Zip |
|------|-------|-----|
| Harrisburg | PA | 17120 |

☐ Pending
☐ On appeal
☑ Concluded

**7.17**

Name

Claims not paid

Case number
Complaint ID #:22715344

Name
BBB

Street

| City | State | Zip |
|------|-------|-----|
|  | New Jersey |  |

☐ Pending
☐ On appeal
☑ Concluded

**7.18**

| Name | Refund request | Name | |
|---|---|---|---|
| | | Ohio Dept of Insurance | ☐ Pending |
| **Case number** | | Street | ☐ On appeal |
| CSD Complaint ID: | | 50 W. Town St., Ste 300 | ☑ Concluded |
| CSD0110491 | | | |

City: Columbus  State: OH  Zip: 43215

**7.19**

| Name | Refund request | Name | |
|---|---|---|---|
| | | Pennsylvania Insurance Department | ☐ Pending |
| **Case number** | | Street | ☐ On appeal |
| Department File Number: 25- | | 1326 Strawberry Square | ☑ Concluded |
| 183-308619 | | | |

City: Harrisburg  State: PA  Zip: 17120

**7.20**

| Name | Writ of summons with trial date | Name | |
|---|---|---|---|
| Luigi Toni v. United Group | 4/14/2025. | District Court of Maryland for Montgomery County- | ☐ Pending |
| Programs, Inc. | | Writ of Summons | ☐ On appeal |
| **Case number** | | Street | ☑ Concluded |
| Case Number: D-06-CV-25- | | 8552 Second Avenue | |
| 008586 | | | |

City: Silver Spring  State: Maryland  Zip: 20910

**7.21**

| Name | Refund request | Name | |
|---|---|---|---|
| | | Washington State Office of the Insurance | ☐ Pending |
| | | Commissioner | ☐ On appeal |
| **Case number** | | Street | ☑ Concluded |
| File #: 684430 | | 5000 Capitol Boulevard SE | |

City: Tumwater  State: WA  Zip: 98501

**7.22**

| Name | Claims not paid | Name | |
|---|---|---|---|
| | | Washington State Office of the Insurance | ☐ Pending |
| | | Commissioner | ☐ On appeal |
| **Case number** | | Street | ☑ Concluded |
| File #: 684995 | | 5000 Capitol Boulevard SE | |

City: Tumwater  State: WA  Zip: 98501

**7.23**

| Name | Refund request | Name | |
|---|---|---|---|
| | | Connecticut Insurance Department | ☐ Pending |
| **Case number** | | Street | ☐ On appeal |
| Consumer Complaint for Case | | 153 Market Street, 7th Floor | ☑ Concluded |
| 7073298 | | | |

City: Hartford  State: CT  Zip: 6103

**7.24**

Name

Case number
Department File Number: 25-131-311292

Claims not paid

Name
Pennsylvania Insurance Department

Street
1326 Strawberry Square

City          State   Zip
Harrisburg    PA      17120

☐ Pending
☐ On appeal
☒ Concluded

**7.25**

Name

Case number
File #: 689467

Claims not paid

Name
Washington State Office of the Insurance Commissioner

Street
5000 Capitol Boulevard SE

City          State   Zip
Tumwater      WA      98501

☐ Pending
☐ On appeal
☒ Concluded

**7.26**

Name

Case number
Consumer Complaint for Case 90194

Refund request

Name
Tennessee Department of Commerce and Insurance (Insurance Division)

Street
500 James Robertson Parkway, Davy Crockett Tower

City          State   Zip
Nashville     TN      37243-0565

☐ Pending
☐ On appeal
☒ Concluded

**7.27**

Name

Case number
Consumer Complaint for Case 90359

Claim paid incorrectly

Name
Tennessee Department of Commerce and Insurance (Insurance Division)

Street
500 James Robertson Parkway, Davy Crockett Tower

City          State   Zip
Nashville     TN      37243-0565

☐ Pending
☐ On appeal
☒ Concluded

**7.28**

Name

Case number
Our File No. 2025KE5477

Denied in-patient hospitalization.

Name
Kentucky Department of Insurance

Street
Mayo-Underwood Building, 500 Mero Street, 2 SE 11

City          State   Zip
Frankfort     KY      40601

☐ Pending
☐ On appeal
☒ Concluded

**7.29**

Name

Case number
IID Case # 126001

Claims not paid

Name
Iowa Insurance Division

Street
1963 Bell Avenue, Suite 100

City          State   Zip
Des Moines    IA      50315

☐ Pending
☐ On appeal
☒ Concluded

**7.30**

Name

Case number
MIA File Number: MIA-2025-3-18-00173166

Attorney General forwarded documentation to DOI requesting paperwork.

Name
Maryland Insurance Administration

Street
200 St. Paul Place, Suite 2700

City: Baltimore   State: MD   Zip: 21202

☐ Pending
☐ On appeal
☑ Concluded

**7.31**

Name

Case number
Consumer Complaint for Case 542689

Refund request

Name
New Jersey Department of Banking and Insurance

Street
20 West State Street

City: Trenton   State: NJ   Zip: 8608

☐ Pending
☐ On appeal
☑ Concluded

**7.32**

Name

Case number
SUBJ: Outreach Data Parnters LP

WA conducting an investigation requesting contracts, data.

Name
Investigation

Street

City:    State:    Zip: Washington

☐ Pending
☐ On appeal
☑ Concluded

**7.33**

Name

Case number
RE: Administrative Services to Groups with Main Residents

Requested # of Maine members for each group,product, Carrier contracts, Groups contracts, and contact information for Carriers.

Name
Maine Bureau of Insurance

Street
76 Northern Ave.

City: Gardner   State: ME   Zip: 4345

☐ Pending
☐ On appeal
☑ Concluded

**7.34**

Name

Case number
Claim Number 20240606440

Claims not paid

Name
North Carolina Dept of Insurance

Street
3200 Beechleaf Ct

City: Raleigh   State: NC   Zip: 27604

☐ Pending
☐ On appeal
☑ Concluded

**7.35**

Name

Case number
File #: 690505

Refund request

Name
Washington State Office of the Insurance Commissioner

Street
5000 Capitol Boulevard SE

City: Tumwater   State: WA   Zip: 98501

☐ Pending
☐ On appeal
☑ Concluded

**7.36**

Name

Case number
Problem Report#: 113538

Claims not paid

Name
Indiana Department of Insurance

Street
311 W. Washington St, Suite 300, Indianapolis, IN 46204-2787

City:    State: Indiana   Zip:

☐ Pending
☐ On appeal
☑ Concluded

**7.37**

Name

Case number
File #: 692505

Name
Washington State Office of the Insurance Commissioner

Street
5000 Capitol Boulevard SE

City
Tumwater

State
WA

Zip
98501

☐ Pending
☐ On appeal
☑ Concluded

**7.38**

Name

Premiums charged without authorization. claims not paid

Case number
Consumer Complaint for Case 541410

Name
New Jersey Department of Banking and Insurance

Street
20 West State Street

City
Trenton

State
NJ

Zip
8608

☐ Pending
☐ On appeal
☑ Concluded

**7.39**

Name

Complaint for another company, but they used our address

Case number
Comsumer Complaint

Name
Washington State Office of the Insurance Commissioner

Street
5000 Capitol Boulevard SE

City
Tumwater

State
WA

Zip
98501

☑ Pending
☐ On appeal
☐ Concluded

**7.40**

Name

Claims not paid

Case number
Comsumer Complaint

Name
Tennessee Department of Commerce and Insurance (Insurance Division)

Street
500 James Robertson Parkway, Davy Crockett Tower

City
Nashville

State
TN

Zip
37243-0565

☑ Pending
☐ On appeal
☐ Concluded

**7.41**

Name

Complaint for another company, but they used our address

Case number
Comsumer Complaint

Name
Washington State Office of the Insurance Commissioner

Street
5000 Capitol Boulevard SE

City
Tumwater

State
WA

Zip
98501

☑ Pending
☐ On appeal
☐ Concluded

**7.42**

Name

Out of Network Claim, member requesting in network coverage

Case number
Comsumer Complaint

Name
West Virginia Offices of the Insurance Commissioner

Street
900 Pennsylvania Avenue

City
Charleston

State
WV

Zip
25302

☑ Pending
☐ On appeal
☐ Concluded

7.43

| Name | Claims not paid | Name | ☑ Pending |
| Rosa Azevedo v. Opti Medical, Inc. et al. | | District Court of Fifth Judicial District of the State of Idaho | ☐ On appeal |
| **Case number** | | Street | ☐ Concluded |
| Case No. CV24-25-00401 | | 540 Shosone St. N. | |

| City | State | Zip |
| Twin Falls | ID | 83301 |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| 8.1 | | |
| Custodian's name and address | | Court name and address |
| | Case title | Name |
| Street | | |
| | Case number | Street |
| City    State    Zip | | |
| | Date of order or assignment | City    State    Zip |

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1 | | | |
| Recipient's name | | | |
| Street | | | |
| City    State    Zip | | | |
| **Recipient's relationship to debtor** | | | |

## Part 5:   Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1 | | | |

**Part 6:**    **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.1** Chipman Brown Cicero & Cole, LLP Hercules Plaza 1313 North Market Street Suite 5400 Wilmington, DE 19801 | | May 22, 2025 | $120,000.00 |
| **Email or website address** www.chipmanbrown.com | | | |
| **Who made the payment, if not debtor?** Gemspring Capital Management, LLC | | | |
| **11.2** Stretto, Inc. 410 Exchange, Ste 100 Irvine, CA 92602 | | | $15,000.00 |
| **Email or website address** www.stretto.com | | | |
| **Who made the payment, if not debtor?** Gemspring Capital Management, LLC | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| **12.1** | | | |
| **Trustee** | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property   by sale, trade, or any other means   made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| **13.1** | | | |
| Relationship to debtor | | | |

| Part 7: | Previous Locations |
|---------|--------------------|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---------|--------------------|
| 14.1 | |
| Street | From _____ to _____ |
| City ___ State ___ Zip ___ | |

| Part 8: | Health Care Bankruptcies |
|---------|--------------------------|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

☐ diagnosing or treating injury, deformity, or disease, or

☐ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|------------------------------------------------------------|----------------------------------|
| 15.1 | | |
| Street | | |
| City ___ State ___ Zip ___ | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider | **How are records kept?** Check all that apply: ☐ Electronically ☐ Paper |

| Part 9: | Personally Identifiable Information |
|---------|-------------------------------------|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Debtor is a Third Party Processor of Healthcare claims which collects eligiblity information for members, as well as process claims on behalf of the members.

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|--------------|--------------------------------------------|
| United Group Program | 58-1896277 |

Has the plan been terminated?

☑ No

☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred? Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 Name PNC Bank <br> Street The Tower at PNC Plaza, 300 Fifth Avenue <br> City Pittsburgh  State PA  Zip 15222-2401 | 6259 | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other | 7/23/2025 | $0.00 |
| 18.2 Name PNC Bank <br> Street The Tower at PNC Plaza, 300 Fifth Avenue <br> City Pittsburgh  State PA  Zip 15222-2401 | 6195 | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other | 7/23/2025 | $0.00 |
| 18.3 Name PNC Bank <br> Street The Tower at PNC Plaza, 300 Fifth Avenue <br> City Pittsburgh  State PA  Zip 15222-2401 | 1165 | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other | 7/23/2025 | $0.00 |
| 18.4 Name PNC Bank <br> Street The Tower at PNC Plaza, 300 Fifth Avenue <br> City Pittsburgh  State PA  Zip 15222-2401 | 6224 | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other | 7/23/2025 | $0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1 Name _____ Street _____ City _____ State ___ Zip ___ | Address _____ _____ | _____ | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 20.1 Name Cubesmart Street 5180 Peachtree Industrial Blvd. City Peachtree Corners State GA Zip 30071 | Tim Dewey Address | Paper Claims and some paper financial documentation | ☐ No ☑ Yes |

---

**Part 11:** Property the Debtor Holds or Controls that the Debtor Does Not Own

---

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| 21.1 Providence Insurance Company | Northern Trust Bank - Acct. # x4987 | Deposits and trust funds held in fiduciary account | $2,289.72 |
| 21.2 Gerber/UME | Northern Trust Bank - Acct. # x4995 | Deposits and trust funds held in fiduciary account | $510,512.41 |
| 21.3 United Group Programs | Northern Trust Bank - Acct. # x591 | Deposits and trust funds held in fiduciary account | $0.00 |
| 21.4 United Group Programs | Northern Trust Bank - Acct. # x2042 | Deposits and trust funds held in fiduciary account | $0.00 |
| 21.5 United Group Programs | Northern Trust Bank - Acct. # x3230 | Deposits and trust funds held in fiduciary account | $70,430.21 |

| | | | |
|---|---|---|---|
| 21.6 | United Group Programs | Northern Trust Bank - Acct. # x2652 | Deposits and trust funds held in fiduciary account | $103,983.07 |
| 21.7 | Shelterpoint Life Insurance Company / Protective | Northern Trust Bank - Acct. # x2815 | Deposits and trust funds held in fiduciary account | $0.00 |
| 21.8 | Shelterpoint Life Insurance Company / Protective | Northern Trust Bank - Acct. # x2859 | Deposits and trust funds held in fiduciary account | $369.09 |
| 21.9 | Shelterpoint Life Insurance Company / Protective | Northern Trust Bank - Acct. # x2870 | Deposits and trust funds held in fiduciary account | $0.00 |
| 21.10 | Everest Reinsurance Company | Northern Trust Bank - Acct. # x2881 | Deposits and trust funds held in fiduciary account | $0.00 |
| 21.11 | Everest Reinsurance Company | Northern Trust Bank - Acct. # x2892 | Deposits and trust funds held in fiduciary account | $0.00 |
| 21.12 | United Group Programs | Northern Trust Bank - Acct. # x3232 | Deposits and trust funds held in fiduciary account | $5,491.63 |
| 21.13 | Shelterpoint Life Insurance Company / Protective | Northern Trust Bank - Acct. # x3331 | Deposits and trust funds held in fiduciary account | $476,815.11 |
| 21.14 | Shelterpoint Life Insurance Company / Protective | Northern Trust Bank - Acct. # x3342 | Deposits and trust funds held in fiduciary account | $106,957.65 |
| 21.15 | Everest Reinsurance Company | Northern Trust Bank - Acct. # x3353 | Deposits and trust funds held in fiduciary account | $22,586.60 |
| 21.16 | Everest Reinsurance Company | Northern Trust Bank - Acct. # x3364 | Deposits and trust funds held in fiduciary account | $103,817.16 |
| 21.17 | Shelterpoint Life Insurance Company / Protective | Northern Trust Bank - Acct. # x3628 | Deposits and trust funds held in fiduciary account | $6,619.58 |
| 21.18 | Nationwide Insurance Company | Northern Trust Bank - Acct. # x3749 | Deposits and trust funds held in fiduciary account | $0.00 |

| | | | |
|---|---|---|---|
| 21.19 | Chubb Group of Companies | Northern Trust Bank - Acct. # x3760 | Deposits and trust funds held in fiduciary account | $130,625.90 |
| 21.20 | Providence Insurance Company | Northern Trust Bank - Acct. # x3771 | Deposits and trust funds held in fiduciary account | $89,280.51 |
| 21.21 | United Group Programs | Northern Trust Bank - Acct. # x3793 | Deposits and trust funds held in fiduciary account | $8,082.68 |
| 21.22 | Everest Reinsurance Company | Northern Trust Bank - Acct. # x3870 | Deposits and trust funds held in fiduciary account | $323.79 |
| 21.23 | Nationwide Insurance Company | Northern Trust Bank - Acct. # x5641 | Deposits and trust funds held in fiduciary account | $70,919.78 |
| 21.24 | United Group Programs | Northern Trust Bank - Acct. # x5652 | Deposits and trust funds held in fiduciary account | $432,720.89 |
| 21.25 | Chubb Group of Companies | Northern Trust Bank - Acct. # x5663 | Deposits and trust funds held in fiduciary account | $60,991.38 |
| 21.26 | United Group Programs | Northern Trust Bank - Acct. # x5674 | Deposits and trust funds held in fiduciary account | $56,008.20 |
| 21.27 | Markel Service Incorporated | Northern Trust Bank - Acct. # x3559 | Deposits and trust funds held in fiduciary account | $399,620.90 |
| 21.28 | Markel Service Incorporated | Northern Trust Bank - Acct. # x3567 | Deposits and trust funds held in fiduciary account | $0.00 |
| 21.29 | Everest Reinsurance Company | Northern Trust Bank - Acct. # x4053 | Deposits and trust funds held in fiduciary account | $24,873.12 |
| 21.30 | United Group Programs | Northern Trust Bank - Acct. # x1103 | Deposits and trust funds held in fiduciary account | $4.15 |
| 21.31 | United Group Programs | Northern Trust Bank - Acct. # x3633 | Deposits and trust funds held in fiduciary account | $412,838.78 |
| 21.32 | Zurich | Northern Trust Bank - Acct. # x5052 | Deposits and trust funds held in fiduciary account | $134,967.88 |
| 21.33 | United Group Programs, Inc. | PNC Bank - Acct. # x7788 | Deposits and trust funds held in fiduciary account | $6,000.00 |

| 21.34 | | | | |
|---|---|---|---|---|
| | United Group Programs, Inc. | PNC Bank - Acct. # x701 | Deposits and trust funds held in fiduciary account | $0.00 |

## Part 12: Details About Environmental Information

**For the purpose of Part 12, the following definitions apply:**

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders

☑ No.

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| 22.1 _____ Case Number _____ | Name _____ Street _____ City _____ State __ Zip __ | _____ | ☐ Pending ☐ On appeal ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 23.1 Name _____ Street _____ City ____ State __ Zip __ | Name _____ Street _____ City _____ State __ Zip __ | _____ | _____ |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 24.1 Name _____ Street _____ City ____ State __ Zip __ | Name _____ Street _____ City _____ State __ Zip __ | _____ | _____ |

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |
|---|---|

### 25. Other businesses in which the debtor has or has had an interest

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1 | | EIN _____ |
| | | **Dates business existed** |
| | | From _____   to _____ |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1  Brian Monahan [Address on File] | From February 26, 2024   to May 23, 2025 |
| 26a.2  Jeff Hayes [Address on File] | From December 1, 2018   to July 6, 2024 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1  BDO<br>PO Box 642743,<br>Pittsburgh, PA 15264-2743 | From January 1, 2023   to December 31, 2023 |
| 26b.2  RSM<br>5155 Paysphere Circle,<br>Chicago, IL 72975 | From January 1, 2022   to December 31, 2022 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1 BDO<br>PO Box 642743<br>Pittsburgh, PA 15264-2743 | |
| 26c.2 Jessica Bartley [Address on File] | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1 |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name and Address | Position and nature of any interest | % of interest, if any |
|---|---|---|
| 28.1 Tim Dewey [Address on File] | COO | |
| 28.2 Alex Shakibnia<br>[Address on File] | Director | |
| 28.3 Alex Crowe<br>[Address on File] | Director | |
| 28.4 UGP Buyer, Inc.<br>3145 Avalong Ride Place<br>Suite 300<br>Peachtree Corners, GA 30071 | Equity | 100% Common Stock |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| Name and Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|
| 29.1 Brian Monahan [Address on File] | CFO | From February 2024 to May 2025 |
| 29.2 Andrew Bard [Address on File] | CEO | From January 2021 to July 2025 |
| 29.3 Matthew Reibl [Address on File] | Director | From February 2024 to May 2025 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 See SOFA 4 | | | |

| Relationship To Debtor |
|---|
| |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| 31.1 | EIN |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| 32.1 | EIN |

| Vendor | Adress 1 | Address 2 | City | State | Zip | Amount Including Tax | Due Date |
|---|---|---|---|---|---|---|---|
| 205 JEFF DAVIS PLACE, LLC | ATTN: ZAN MCBRIDE | 213 JEFF DAVIS PLACE | FAYETTEVILLE | GA | 30214 | $ 33,466.08 | 5/31/2025 |
| **205 JEFF DAVIS PLACE, LLC Total** | | | | | | **$ 33,466.08** | |
| A+BROKERAGE, INC. | 3112 S. 13TH ST. | | LINCOLN | NE | 68502 | $ 4,027.35 | 5/31/2025 |
| A+BROKERAGE, INC. | 3112 S. 13TH ST. | | LINCOLN | NE | 68502 | $ 3,123.20 | 7/31/2025 |
| A+BROKERAGE, INC. | 3112 S. 13TH ST. | | LINCOLN | NE | 68502 | $ 4,416.22 | 7/31/2025 |
| **A+BROKERAGE, INC. Total** | | | | | | **$ 11,566.77** | |
| ABE SMITH, INC. | 1409 ARDSLEY PLACE | | BIRMINGHAM | AL | 35209 | $ 3,597.69 | 5/31/2025 |
| ABE SMITH, INC. | 1409 ARDSLEY PLACE | | BIRMINGHAM | AL | 35209 | $ 3,755.77 | 6/30/2025 |
| ABE SMITH, INC. | 1409 ARDSLEY PLACE | | BIRMINGHAM | AL | 35209 | $ 3,748.18 | 7/31/2025 |
| **ABE SMITH, INC. Total** | | | | | | **$ 11,101.64** | |
| ACRISURE LLC | 100 PASSAIC AVE SUITE 120 | | FAIRFIELD | NJ | 07004 | $ 19,123.26 | 5/31/2025 |
| ACRISURE LLC | 100 PASSAIC AVE SUITE 120 | | FAIRFIELD | NJ | 07004 | $ 15,187.87 | 6/30/2025 |
| ACRISURE LLC | 100 PASSAIC AVE SUITE 120 | | FAIRFIELD | NJ | 07004 | $ 358.67 | 7/31/2025 |
| ACRISURE LLC | 100 PASSAIC AVE SUITE 120 | | FAIRFIELD | NJ | 07004 | $ 10,943.40 | 7/31/2025 |
| ACRISURE LLC | 100 PASSAIC AVE SUITE 120 | | FAIRFIELD | NJ | 07004 | $ 15,187.87 | 7/31/2025 |
| ACRISURE LLC | 100 PASSAIC AVE SUITE 120 | | FAIRFIELD | NJ | 07004 | $ 14,095.53 | 8/31/2025 |
| **ACRISURE LLC Total** | | | | | | **$ 74,896.60** | |
| ACSON INSURANCE SERVICES INC | 1050 WILSHIRE DRIVE | SUITE 140 | TROY | MI | 48084 | $ 4,414.91 | 6/30/2025 |
| ACSON INSURANCE SERVICES INC | 1050 WILSHIRE DRIVE | SUITE 140 | TROY | MI | 48084 | $ 4,277.73 | 7/31/2025 |
| **ACSON INSURANCE SERVICES INC Total** | | | | | | **$ 8,692.64** | |
| AG INSURANCE SERVICES | 6117 FOXCROFT AVENUE | | LAS VEGAS | NV | 89108 | $ 6,671.75 | 6/30/2025 |
| AG INSURANCE SERVICES | 6117 FOXCROFT AVENUE | | LAS VEGAS | NV | 89108 | $ 5,303.74 | 7/31/2025 |
| **AG INSURANCE SERVICES Total** | | | | | | **$ 11,975.49** | |
| ALL ATLANTIC BENEFITS, LLC | 200 S PARK ROAD | SUITE 475 | HOLLYWOOD | FL | 33021 | $ 3,667.14 | 6/30/2025 |
| ALL ATLANTIC BENEFITS, LLC | 200 S PARK ROAD | SUITE 475 | HOLLYWOOD | FL | 33021 | $ 3,830.52 | 7/31/2025 |
| ALL ATLANTIC BENEFITS, LLC | 200 S PARK ROAD | SUITE 475 | HOLLYWOOD | FL | 33021 | $ 3,064.60 | 7/31/2025 |
| **ALL ATLANTIC BENEFITS, LLC Total** | | | | | | **$ 10,562.26** | |
| AMERUS FINANCIAL SERVICES INC | 5115 S LAKELAND DR | SUITE 1 | Lakeland | FL | 33813 | $ 75.00 | 6/30/2025 |
| AMERUS FINANCIAL SERVICES INC | 5115 S LAKELAND DR | SUITE 1 | Lakeland | FL | 33813 | $ 16,725.00 | 7/31/2025 |
| AMERUS FINANCIAL SERVICES INC | 5115 S LAKELAND DR | SUITE 1 | Lakeland | FL | 33813 | $ 75.00 | 7/31/2025 |
| **AMERUS FINANCIAL SERVICES INC Total** | | | | | | **$ 16,875.00** | |
| BARRETT INSURANCE & ASSOCIATES INC | 126 Creekwood Dr | | Madison | AL | 35758 | $ 31,866.93 | 5/31/2025 |
| BARRETT INSURANCE & ASSOCIATES INC | 126 Creekwood Dr | | Madison | AL | 35758 | $ 29,330.30 | 6/30/2025 |
| BARRETT INSURANCE & ASSOCIATES INC | 126 Creekwood Dr | | Madison | AL | 35758 | $ 28,078.77 | 7/31/2025 |
| **BARRETT INSURANCE & ASSOCIATES INC Total** | | | | | | **$ 89,276.00** | |
| BCI INSURANCE SOLUTIONS, INC | 800 GESSNER RD. | SUITE 300 | HOUSTON | TX | 77024 | $ 6,705.06 | 6/30/2025 |
| BCI INSURANCE SOLUTIONS, INC | 800 GESSNER RD. | SUITE 300 | HOUSTON | TX | 77024 | $ 4,610.44 | 6/30/2025 |
| **BCI INSURANCE SOLUTIONS, INC Total** | | | | | | **$ 11,315.50** | |
| BENZER PHARMACY | ATTN: TOMAS PRATT | 5908 BRECKERIDGE PARKWAY | TAMPA | FL | 33610 | $ 56,491.49 | 8/31/2025 |
| **BENZER PHARMACY Total** | | | | | | **$ 56,491.49** | |
| BLACKFORD & ASSOCIATES LLC | 4600 TOUCHTON RD | STE 1150 | JACKSONVILLE | FL | 32246 | $ 4,188.94 | 6/30/2025 |
| BLACKFORD & ASSOCIATES LLC | 4600 TOUCHTON RD | STE 1150 | JACKSONVILLE | FL | 32246 | $ 4,580.38 | 6/30/2025 |
| BLACKFORD & ASSOCIATES LLC | 4600 TOUCHTON RD | STE 1150 | JACKSONVILLE | FL | 32246 | $ 3,426.66 | 7/31/2025 |
| **BLACKFORD & ASSOCIATES LLC Total** | | | | | | **$ 12,195.98** | |
| CARDMEMBER SERVICES | PO BOX 790408 | | ST LOUIS | MO | 63179 | $ 37,703.00 | 6/16/2025 |
| **CARDMEMBER SERVICES Total** | | | | | | **$ 37,703.00** | |
| CHELTEN BENEFITS GROUP AGENCY INC | 4768 PARVIEW DRIVE | | CLARKSTON | MI | 48346 | $ 56,639.52 | 6/30/2025 |
| CHELTEN BENEFITS GROUP AGENCY INC | 4768 PARVIEW DRIVE | | CLARKSTON | MI | 48346 | $ 55,804.84 | 6/30/2025 |
| CHELTEN BENEFITS GROUP AGENCY INC | 4768 PARVIEW DRIVE | | CLARKSTON | MI | 48346 | $ 48,538.51 | 7/31/2025 |

| Vendor | Adress 1 | Address 2 | City | State | Zip | Amount Including Tax | Due Date |
|---|---|---|---|---|---|---|---|
| CHELTEN BENEFITS GROUP AGENCY INC Total | | | | | | $ 160,982.87 | |
| CHRISTOPH INC. | 2754 BOULTIER ST | SUITE A | MONTGOMERY | AL | 36106 | $ 7,065.08 | 6/30/2025 |
| CHRISTOPH INC. | 2754 BOULTIER ST | SUITE A | MONTGOMERY | AL | 36106 | $ 6,672.85 | 7/31/2025 |
| CHRISTOPH INC. | 2754 BOULTIER ST | SUITE A | MONTGOMERY | AL | 36106 | $ 8,228.23 | 7/31/2025 |
| CHRISTOPH INC.  Total | | | | | | $ 21,966.16 | |
| CIGNA HEALTHCARE | 900 Cottage Grove Road | | Bloomfield | CT | 6002 | $ 41,347.73 | 5/31/2025 |
| CIGNA HEALTHCARE | 900 Cottage Grove Road | | Bloomfield | CT | 6002 | $ 24,896.41 | 6/20/2025 |
| CIGNA HEALTHCARE | 900 Cottage Grove Road | | Bloomfield | CT | 6002 | $ 29,695.29 | 7/22/2025 |
| CIGNA HEALTHCARE Total | | | | | | $ 95,939.43 | |
| COBBS ALLEN HALL OF ALABAMA | 115 OFFICE PARK DRIVE | | BIRMINGHAM | AL | 35223 | $ - | 5/31/2025 |
| COBBS ALLEN HALL OF ALABAMA | 115 OFFICE PARK DRIVE | | BIRMINGHAM | AL | 35223 | $ 21,124.09 | 5/31/2025 |
| COBBS ALLEN HALL OF ALABAMA | 115 OFFICE PARK DRIVE | | BIRMINGHAM | AL | 35223 | $ 14,300.88 | 6/30/2025 |
| COBBS ALLEN HALL OF ALABAMA | 115 OFFICE PARK DRIVE | | BIRMINGHAM | AL | 35223 | $ 6,102.62 | 7/31/2025 |
| COBBS ALLEN HALL OF ALABAMA Total | | | | | | $ 41,527.59 | |
| DAVID LYON | 4260 OLD LEEDS ROAD | | MOUNTAIN BROOK | AL | 35213 | $ 3,805.60 | 5/31/2025 |
| DAVID LYON | 4260 OLD LEEDS ROAD | | MOUNTAIN BROOK | AL | 35213 | $ 4,071.95 | 6/30/2025 |
| DAVID LYON | 4260 OLD LEEDS ROAD | | MOUNTAIN BROOK | AL | 35213 | $ 3,444.55 | 7/31/2025 |
| DAVID LYON Total | | | | | | $ 11,322.10 | |
| DAVID M. GILSTON INSURANCE AGENCY, INC. | ███████ | | ███ | ██ | ███ | $ 1,788.63 | 6/30/2025 |
| DAVID M. GILSTON INSURANCE AGENCY, INC. | ███████ | | ███ | ██ | ███ | $ 4,135.22 | 6/30/2025 |
| DAVID M. GILSTON INSURANCE AGENCY, INC. | ███████ | | ███ | ██ | ███ | $ 2,992.59 | 7/31/2025 |
| DAVID M. GILSTON INSURANCE AGENCY, INC. Total | | | | | | $ 8,916.44 | |
| DIALPAD, INC. | 3001 BISHOP DRIVE | SUITE 400A | SAN RAMON | CA | 94583 | $ 11,467.69 | 5/31/2025 |
| DIALPAD, INC. Total | | | | | | $ 11,467.69 | |
| EMERSON REID & CO | 630 W GERMANTOWN PIKE | SUITE 215 | PLYMOUTH MEETING | PA | 19462 | $ 9,135.92 | 6/30/2025 |
| EMERSON REID & CO | 630 W GERMANTOWN PIKE | SUITE 215 | PLYMOUTH MEETING | PA | 19462 | $ 16,358.11 | 6/30/2025 |
| EMERSON REID & CO Total | | | | | | $ 25,494.03 | |
| ENROLLMENT 123, INC | 668 N COAST HWY | SUITE 167 | LAGUNA BEACH | CA | 92651 | $ 12,060.14 | 5/15/2025 |
| ENROLLMENT 123, INC | 668 N COAST HWY | SUITE 167 | LAGUNA BEACH | CA | 92651 | $ 4,810.74 | 6/16/2025 |
| ENROLLMENT 123, INC Total | | | | | | $ 16,870.88 | |
| FIRST INSURANCE FUNDING | PO BOX 7000 | | CAROL STREAM | IL | 60197 | $ 7,772.53 | 5/16/2025 |
| FIRST INSURANCE FUNDING | PO BOX 7000 | | CAROL STREAM | IL | 60197 | $ 7,772.53 | 6/16/2025 |
| FIRST INSURANCE FUNDING | PO BOX 7000 | | CAROL STREAM | IL | 60197 | $ 8,176.16 | 7/31/2025 |
| FIRST INSURANCE FUNDING Total | | | | | | $ 23,721.22 | |
| FISHER BROWN BOTTRELL | 1824 28TH AVENUE S | | HOMEWOOD | AL | 35209 | $ 4,042.13 | 5/31/2025 |
| FISHER BROWN BOTTRELL | 1824 28TH AVENUE S | | HOMEWOOD | AL | 35209 | $ 3,700.94 | 6/30/2025 |
| FISHER BROWN BOTTRELL | 1824 28TH AVENUE S | | HOMEWOOD | AL | 35209 | $ 3,349.59 | 7/31/2025 |
| FISHER BROWN BOTTRELL Total | | | | | | $ 11,092.66 | |
| GALLAGHER BENEFITS SERVICES | 30150 TELEGRAPH RD SUITE 408 | | BINGHAM FARMS | MI | 48025 | $ 3,012.63 | 6/30/2025 |
| GALLAGHER BENEFITS SERVICES | 30150 TELEGRAPH RD SUITE 408 | | BINGHAM FARMS | MI | 48025 | $ 3,132.69 | 6/30/2025 |
| GALLAGHER BENEFITS SERVICES | 30150 TELEGRAPH RD SUITE 408 | | BINGHAM FARMS | MI | 48025 | $ 2,892.73 | 7/31/2025 |
| GALLAGHER BENEFITS SERVICES | 30150 TELEGRAPH RD SUITE 408 | | BINGHAM FARMS | MI | 48025 | $ 6,131.76 | 7/31/2025 |
| GALLAGHER BENEFITS SERVICES Total | | | | | | $ 15,169.81 | |
| GIS BENEFITS INC | 422 WAUPONSEE ST. | | MORRIS | IL | 60450 | $ 3,578.57 | 6/30/2025 |
| GIS BENEFITS INC | 422 WAUPONSEE ST. | | MORRIS | IL | 60450 | $ 2,047.82 | 7/31/2025 |
| GIS BENEFITS INC | 422 WAUPONSEE ST. | | MORRIS | IL | 60450 | $ 5,044.64 | 7/31/2025 |
| GIS BENEFITS INC Total | | | | | | $ 10,671.03 | |
| GLOBAL BENEFIT ADMINISTRATION SERVICES, LLC | 5625 NW CENTRAL DRIVE | SUITE D 100 | HOUSTON | TX | 77092 | $ 80,106.49 | 5/30/2025 |
| GLOBAL BENEFIT ADMINISTRATION SERVICES, LLC | 5625 NW CENTRAL DRIVE | SUITE D 100 | HOUSTON | TX | 77092 | $ 4,920.92 | 5/30/2025 |

SOFA 3 ATTACHMENT

Certain payments or transfers to creditors within 90 days before filing this case

| Vendor | Adress 1 | Address 2 | City | State | Zip | Amount Including Tax | Due Date |
|---|---|---|---|---|---|---|---|
| GLOBAL BENEFIT ADMINISTRATION SERVICES, LLC | 5625 NW CENTRAL DRIVE | SUITE D 100 | HOUSTON | TX | 77092 | $ 3,662.05 | 5/30/2025 |
| GLOBAL BENEFIT ADMINISTRATION SERVICES, LLC | 5625 NW CENTRAL DRIVE | SUITE D 100 | HOUSTON | TX | 77092 | $ 983.25 | 5/30/2025 |
| GLOBAL BENEFIT ADMINISTRATION SERVICES, LLC | 5625 NW CENTRAL DRIVE | SUITE D 100 | HOUSTON | TX | 77092 | $ 1,045.00 | 5/30/2025 |
| GLOBAL BENEFIT ADMINISTRATION SERVICES, LLC | 5625 NW CENTRAL DRIVE | SUITE D 100 | HOUSTON | TX | 77092 | $ 285.00 | 5/30/2025 |
| GLOBAL BENEFIT ADMINISTRATION SERVICES, LLC | 5625 NW CENTRAL DRIVE | SUITE D 100 | HOUSTON | TX | 77092 | $ 367.65 | 5/30/2025 |
| GLOBAL BENEFIT ADMINISTRATION SERVICES, LLC | 5625 NW CENTRAL DRIVE | SUITE D 100 | HOUSTON | TX | 77092 | $ 2,421.31 | 5/30/2025 |
| GLOBAL BENEFIT ADMINISTRATION SERVICES, LLC | 5625 NW CENTRAL DRIVE | SUITE D 100 | HOUSTON | TX | 77092 | $ 0.50 | 5/30/2025 |
| GLOBAL BENEFIT ADMINISTRATION SERVICES, LLC | 5625 NW CENTRAL DRIVE | SUITE D 100 | HOUSTON | TX | 77092 | $ 120.00 | 5/30/2025 |
| GLOBAL BENEFIT ADMINISTRATION SERVICES, LLC | 5625 NW CENTRAL DRIVE | SUITE D 100 | HOUSTON | TX | 77092 | $ 79,469.17 | 6/30/2025 |
| GLOBAL BENEFIT ADMINISTRATION SERVICES, LLC | 5625 NW CENTRAL DRIVE | SUITE D 100 | HOUSTON | TX | 77092 | $ 4,092.55 | 6/30/2025 |
| GLOBAL BENEFIT ADMINISTRATION SERVICES, LLC | 5625 NW CENTRAL DRIVE | SUITE D 100 | HOUSTON | TX | 77092 | $ 3,540.50 | 6/30/2025 |
| GLOBAL BENEFIT ADMINISTRATION SERVICES, LLC | 5625 NW CENTRAL DRIVE | SUITE D 100 | HOUSTON | TX | 77092 | $ 890.10 | 6/30/2025 |
| GLOBAL BENEFIT ADMINISTRATION SERVICES, LLC | 5625 NW CENTRAL DRIVE | SUITE D 100 | HOUSTON | TX | 77092 | $ 946.00 | 6/30/2025 |
| GLOBAL BENEFIT ADMINISTRATION SERVICES, LLC | 5625 NW CENTRAL DRIVE | SUITE D 100 | HOUSTON | TX | 77092 | $ 258.00 | 6/30/2025 |
| GLOBAL BENEFIT ADMINISTRATION SERVICES, LLC | 5625 NW CENTRAL DRIVE | SUITE D 100 | HOUSTON | TX | 77092 | $ 332.82 | 6/30/2025 |
| GLOBAL BENEFIT ADMINISTRATION SERVICES, LLC | 5625 NW CENTRAL DRIVE | SUITE D 100 | HOUSTON | TX | 77092 | $ 2,162.97 | 6/30/2025 |
| GLOBAL BENEFIT ADMINISTRATION SERVICES, LLC | 5625 NW CENTRAL DRIVE | SUITE D 100 | HOUSTON | TX | 77092 | $ 120.00 | 6/30/2025 |
| GLOBAL BENEFIT ADMINISTRATION SERVICES, LLC | 5625 NW CENTRAL DRIVE | SUITE D 100 | HOUSTON | TX | 77092 | $ 70,132.68 | 7/15/2025 |
| GLOBAL BENEFIT ADMINISTRATION SERVICES, LLC | 5625 NW CENTRAL DRIVE | SUITE D 100 | HOUSTON | TX | 77092 | $ 3,672.17 | 7/15/2025 |
| GLOBAL BENEFIT ADMINISTRATION SERVICES, LLC | 5625 NW CENTRAL DRIVE | SUITE D 100 | HOUSTON | TX | 77092 | $ 3,182.90 | 7/15/2025 |
| GLOBAL BENEFIT ADMINISTRATION SERVICES, LLC | 5625 NW CENTRAL DRIVE | SUITE D 100 | HOUSTON | TX | 77092 | $ 807.30 | 7/15/2025 |
| GLOBAL BENEFIT ADMINISTRATION SERVICES, LLC | 5625 NW CENTRAL DRIVE | SUITE D 100 | HOUSTON | TX | 77092 | $ 858.00 | 7/15/2025 |
| GLOBAL BENEFIT ADMINISTRATION SERVICES, LLC | 5625 NW CENTRAL DRIVE | SUITE D 100 | HOUSTON | TX | 77092 | $ 234.00 | 7/15/2025 |
| GLOBAL BENEFIT ADMINISTRATION SERVICES, LLC | 5625 NW CENTRAL DRIVE | SUITE D 100 | HOUSTON | TX | 77092 | $ 301.86 | 7/15/2025 |
| GLOBAL BENEFIT ADMINISTRATION SERVICES, LLC | 5625 NW CENTRAL DRIVE | SUITE D 100 | HOUSTON | TX | 77092 | $ 1,928.16 | 7/15/2025 |
| GLOBAL BENEFIT ADMINISTRATION SERVICES, LLC | 5625 NW CENTRAL DRIVE | SUITE D 100 | HOUSTON | TX | 77092 | $ 120.00 | 7/15/2025 |
| **GLOBAL BENEFIT ADMINISTRATION SERVICES, LLC Total** | | | | | | **$ 266,961.35** | |
| HARMON DENNIS BRADSHAW INC | 7115 HALCYON SUMMIT DR | | MONTGOMERY | AL | 36117 | $ 30,963.91 | 5/31/2025 |
| HARMON DENNIS BRADSHAW INC | 7115 HALCYON SUMMIT DR | | MONTGOMERY | AL | 36117 | $ 28,199.59 | 6/30/2025 |
| HARMON DENNIS BRADSHAW INC | 7115 HALCYON SUMMIT DR | | MONTGOMERY | AL | 36117 | $ 28,583.74 | 7/31/2025 |
| **HARMON DENNIS BRADSHAW INC Total** | | | | | | **$ 87,747.24** | |
| HARRISON PROPERTIES, LLC | 3070 WINDWARD PLAZA | SUITE F320 | ALPHARETTA | GA | 30005 | $ 15,262.60 | 6/1/2025 |
| HARRISON PROPERTIES, LLC | 3070 WINDWARD PLAZA | SUITE F320 | ALPHARETTA | GA | 30005 | $ 15,262.60 | 7/1/2025 |
| HARRISON PROPERTIES, LLC | 3070 WINDWARD PLAZA | SUITE F320 | ALPHARETTA | GA | 30005 | $ 15,262.60 | 8/1/2025 |
| **HARRISON PROPERTIES, LLC Total** | | | | | | **$ 45,787.80** | |
| HOFFMAN BENEFIT SERVICES | 484 E CARMEL DR SUITE 13 | | CARMEL | IN | 46032 | $ 10.00 | 6/30/2025 |
| HOFFMAN BENEFIT SERVICES | 484 E CARMEL DR SUITE 13 | | CARMEL | IN | 46032 | $ 12,307.58 | 6/30/2025 |
| HOFFMAN BENEFIT SERVICES | 484 E CARMEL DR SUITE 13 | | CARMEL | IN | 46032 | $ 560.69 | 6/30/2025 |
| HOFFMAN BENEFIT SERVICES | 484 E CARMEL DR SUITE 13 | | CARMEL | IN | 46032 | $ 11,137.56 | 6/30/2025 |
| HOFFMAN BENEFIT SERVICES | 484 E CARMEL DR SUITE 13 | | CARMEL | IN | 46032 | $ 13,403.32 | 7/31/2025 |
| **HOFFMAN BENEFIT SERVICES Total** | | | | | | **$ 37,419.15** | |
| HORIZON HEALTH SOLUTIONS, LLC | 1909 HARRISON ST | SUITE 201/202 | HOLLYWOOD | FL | 33020 | $ 95.00 | 5/16/2025 |
| HORIZON HEALTH SOLUTIONS, LLC | 1909 HARRISON ST | SUITE 201/202 | HOLLYWOOD | FL | 33020 | $ 28,403.82 | 5/23/2025 |
| HORIZON HEALTH SOLUTIONS, LLC | 1909 HARRISON ST | SUITE 201/202 | HOLLYWOOD | FL | 33020 | $ 1,596.16 | 5/23/2025 |
| HORIZON HEALTH SOLUTIONS, LLC | 1909 HARRISON ST | SUITE 201/202 | HOLLYWOOD | FL | 33020 | $ 419.53 | 5/23/2025 |
| HORIZON HEALTH SOLUTIONS, LLC | 1909 HARRISON ST | SUITE 201/202 | HOLLYWOOD | FL | 33020 | $ 80.00 | 5/30/2025 |
| HORIZON HEALTH SOLUTIONS, LLC | 1909 HARRISON ST | SUITE 201/202 | HOLLYWOOD | FL | 33020 | $ 1,035.01 | 5/30/2025 |
| HORIZON HEALTH SOLUTIONS, LLC | 1909 HARRISON ST | SUITE 201/202 | HOLLYWOOD | FL | 33020 | $ 19,627.20 | 5/30/2025 |
| HORIZON HEALTH SOLUTIONS, LLC | 1909 HARRISON ST | SUITE 201/202 | HOLLYWOOD | FL | 33020 | $ 1,456.16 | 5/31/2025 |

# SOFA 3 ATTACHMENT
## Certain payments or transfers to creditors within 90 days before filing this case

| Vendor | Adress 1 | Address 2 | City | State | Zip | Amount Including Tax | Due Date |
|---|---|---|---|---|---|---|---|
| HORIZON HEALTH SOLUTIONS, LLC | 1909 HARRISON ST | SUITE 201/202 | HOLLYWOOD | FL | 33020 | $ 16,078.44 | 5/31/2025 |
| HORIZON HEALTH SOLUTIONS, LLC | 1909 HARRISON ST | SUITE 201/202 | HOLLYWOOD | FL | 33020 | $ 1,863.90 | 6/6/2025 |
| **HORIZON HEALTH SOLUTIONS, LLC Total** | | | | | | **$ 70,655.22** | |
| IHPLANS, INC. | 950 PENINSULA CORPORATE CIRCLE | SUITE3007 | BOCA RATON | FL | 33487 | $ 23,712.50 | 5/15/2025 |
| IHPLANS, INC. | 950 PENINSULA CORPORATE CIRCLE | SUITE3007 | BOCA RATON | FL | 33487 | $ 24,354.50 | 6/30/2025 |
| IHPLANS, INC. | 950 PENINSULA CORPORATE CIRCLE | SUITE3007 | BOCA RATON | FL | 33487 | $ 9,145.00 | 6/30/2025 |
| IHPLANS, INC. | 950 PENINSULA CORPORATE CIRCLE | SUITE3007 | BOCA RATON | FL | 33487 | $ 4,300.00 | 6/30/2025 |
| IHPLANS, INC. | 950 PENINSULA CORPORATE CIRCLE | SUITE3007 | BOCA RATON | FL | 33487 | $ 22,326.50 | 7/15/2025 |
| **IHPLANS, INC. Total** | | | | | | **$ 83,838.50** | |
| INSURANCE SPECIALIST GROUP, LLC | 1100 STONEHENGE CIRCLE | | AVON | IN | 46123 | $ 22,482.98 | 5/15/2025 |
| INSURANCE SPECIALIST GROUP, LLC | 1100 STONEHENGE CIRCLE | | AVON | IN | 46123 | $ 22,709.92 | 6/30/2025 |
| **INSURANCE SPECIALIST GROUP, LLC Total** | | | | | | **$ 45,192.90** | |
| iONE BENEFITS GROUP INC. | 3964 GOODMAN RD. E STE 202 | | SOUTHAVEN | MS | 38672 | $ 5,455.17 | 6/30/2025 |
| iONE BENEFITS GROUP INC. | 3964 GOODMAN RD. E STE 202 | | SOUTHAVEN | MS | 38672 | $ 4,893.57 | 7/31/2025 |
| iONE BENEFITS GROUP INC. | 3964 GOODMAN RD. E STE 202 | | SOUTHAVEN | MS | 38672 | $ 6,152.30 | 7/31/2025 |
| **iONE BENEFITS GROUP INC.  Total** | | | | | | **$ 16,501.04** | |
| KOPPINGER & ASSOCIATES, INC | 3060 COMMERCE DRIVE | SUITE 4 | FORT GRATIOT | MI | 48059 | $ 2,960.74 | 6/30/2025 |
| KOPPINGER & ASSOCIATES, INC | 3060 COMMERCE DRIVE | SUITE 4 | FORT GRATIOT | MI | 48059 | $ 6,164.91 | 7/31/2025 |
| **KOPPINGER & ASSOCIATES, INC Total** | | | | | | **$ 9,125.65** | |
| KOUNT- EQUIFAX | P.O. BOX 71221 | | CHARLOTTE | NC | 28272 | $ 3,301.69 | 6/7/2025 |
| KOUNT- EQUIFAX | P.O. BOX 71221 | | CHARLOTTE | NC | 28272 | $ 4,081.84 | 6/30/2025 |
| KOUNT- EQUIFAX | P.O. BOX 71221 | | CHARLOTTE | NC | 28272 | $ 4,137.84 | 7/6/2025 |
| KOUNT- EQUIFAX | P.O. BOX 71221 | | CHARLOTTE | NC | 28272 | $ 56.00 | 7/24/2025 |
| **KOUNT- EQUIFAX Total** | | | | | | **$ 11,577.37** | |
| L/P INSURANCE SERVICES INC | 300 E 2ND STREET | SUITE 1300 | RENO | NV | 89501 | $ 450.00 | 6/30/2025 |
| **L/P INSURANCE SERVICES INC Total** | | | | | | **$ 450.00** | |
| LAKESHORE BENEFIT ALLIANCE | 700 37TH STREET SOUTH | | BIRMINGHAM | AL | 35222 | $ 92,647.28 | 6/30/2025 |
| LAKESHORE BENEFIT ALLIANCE | 700 37TH STREET SOUTH | | BIRMINGHAM | AL | 35222 | $ 71,097.00 | 7/31/2025 |
| **LAKESHORE BENEFIT ALLIANCE Total** | | | | | | **$ 163,744.28** | |
| LBA SERVICE LLC | 414 MEADOWBROOK LANE | | BIRMINGHAM | AL | 35213 | $ 10,174.11 | 5/31/2025 |
| LBA SERVICE LLC | 414 MEADOWBROOK LANE | | BIRMINGHAM | AL | 35213 | $ 9,588.00 | 6/30/2025 |
| LBA SERVICE LLC | 414 MEADOWBROOK LANE | | BIRMINGHAM | AL | 35213 | $ 7,075.29 | 7/31/2025 |
| **LBA SERVICE LLC Total** | | | | | | **$ 26,837.40** | |
| MARSH & MCLENNAN AGENCY GA | P.O. BOX 70 | | WEST POINT | GA | 31833 | $ 19,153.20 | 5/31/2025 |
| MARSH & MCLENNAN AGENCY GA | P.O. BOX 70 | | WEST POINT | GA | 31833 | $ 19,153.02 | 5/31/2025 |
| **MARSH & MCLENNAN AGENCY GA Total** | | | | | | **$ 38,306.22** | |
| MARSH USA | P.O. BOX 12748 | | ROANOKE | VA | 24028 | $ 7,544.15 | 6/30/2025 |
| MARSH USA | P.O. BOX 12748 | | ROANOKE | VA | 24028 | $ 6,428.37 | 7/31/2025 |
| MARSH USA | P.O. BOX 12748 | | ROANOKE | VA | 24028 | $ 6,920.15 | 7/31/2025 |
| **MARSH USA Total** | | | | | | **$ 20,892.67** | |
| MCKENZIE FOODS | ATTN: STEPHANIE BROOK | 4631 LISBORN DRIVE | CARMEL | IN | 46033 | $ 7,002.71 | 5/31/2025 |
| MCKENZIE FOODS | ATTN: STEPHANIE BROOK | 4631 LISBORN DRIVE | CARMEL | IN | 46033 | $ 8,446.85 | 5/31/2025 |
| **MCKENZIE FOODS Total** | | | | | | **$ 15,449.56** | |
| MedaHealth Associate, Inc. | 13575 58th St N #138 | | CLEARWATER | FL | 33760 | $ 466.00 | 5/16/2025 |
| MedaHealth Associate, Inc. | 13575 58th St N #138 | | CLEARWATER | FL | 33760 | $ 713.00 | 5/23/2025 |
| MedaHealth Associate, Inc. | 13575 58th St N #138 | | CLEARWATER | FL | 33760 | $ 16,126.92 | 5/23/2025 |
| MedaHealth Associate, Inc. | 13575 58th St N #138 | | CLEARWATER | FL | 33760 | $ 3,078.96 | 5/30/2025 |
| MedaHealth Associate, Inc. | 13575 58th St N #138 | | CLEARWATER | FL | 33760 | $ 183.00 | 5/30/2025 |
| MedaHealth Associate, Inc. | 13575 58th St N #138 | | CLEARWATER | FL | 33760 | $ 36,986.31 | 6/13/2025 |

| Vendor | Adress 1 | Address 2 | City | State | Zip | Amount Including Tax | Due Date |
|---|---|---|---|---|---|---|---|
| MedaHealth Associate, Inc. | 13575 58th St N #138 | | CLEARWATER | FL | 33760 | $ 600.00 | 6/30/2025 |
| MedaHealth Associate, Inc. | 13575 58th St N #138 | | CLEARWATER | FL | 33760 | $ 500.00 | 7/31/2025 |
| MedaHealth Associate, Inc. | 13575 58th St N #138 | | CLEARWATER | FL | 33760 | $ 400.00 | 7/31/2025 |
| MedaHealth Associate, Inc. | 13575 58th St N #138 | | CLEARWATER | FL | 33760 | $ - | |
| **MedaHealth Associate, Inc. Total** | | | | | | **$ 59,054.19** | |
| MICHAEL CAMERIO | P.O. BOX 241845 | | MONTGOMERY | AL | 36124 | $ 18,047.51 | 6/30/2025 |
| MICHAEL CAMERIO | P.O. BOX 241845 | | MONTGOMERY | AL | 36124 | $ 6,154.21 | 7/31/2025 |
| MICHAEL CAMERIO | P.O. BOX 241845 | | MONTGOMERY | AL | 36124 | $ 15,777.16 | 7/31/2025 |
| **MICHAEL CAMERIO Total** | | | | | | **$ 39,978.88** | |
| NetWell | 5051 Peachtree Corners Circle | SUITE 200 | Norcross | GA | 30092 | $ 12,714.19 | 5/31/2025 |
| NetWell | 5051 Peachtree Corners Circle | SUITE 200 | Norcross | GA | 30092 | $ 12,476.85 | 6/30/2025 |
| NetWell | 5051 Peachtree Corners Circle | SUITE 200 | Norcross | GA | 30092 | $ 13,075.34 | 7/15/2025 |
| **NetWell  Total** | | | | | | **$ 38,266.38** | |
| NEVAEH INSURANCE SOLUTIONS | 5528 VALENCIA PARK BLVD | | HILLIARD | OH | 43026 | $ 39,931.19 | 6/30/2025 |
| NEVAEH INSURANCE SOLUTIONS | 5528 VALENCIA PARK BLVD | | HILLIARD | OH | 43026 | $ 37,877.19 | 7/31/2025 |
| NEVAEH INSURANCE SOLUTIONS | 5528 VALENCIA PARK BLVD | | HILLIARD | OH | 43026 | $ 39,760.25 | 8/31/2025 |
| **NEVAEH INSURANCE SOLUTIONS Total** | | | | | | **$ 117,568.63** | |
| PATRIOT GROWTH INS SVCS LLC - DBA CAHABA | 501 OFFICE CENTER DRIVE | SUITE 215 | FORT WASHINGTON | PA | 19034 | $ 3,820.44 | 5/31/2025 |
| PATRIOT GROWTH INS SVCS LLC - DBA CAHABA | 501 OFFICE CENTER DRIVE | SUITE 215 | FORT WASHINGTON | PA | 19034 | $ 4,011.26 | 6/30/2025 |
| PATRIOT GROWTH INS SVCS LLC - DBA CAHABA | 501 OFFICE CENTER DRIVE | SUITE 215 | FORT WASHINGTON | PA | 19034 | $ 2,802.63 | 7/31/2025 |
| **PATRIOT GROWTH INS SVCS LLC - DBA CAHABA Total** | | | | | | **$ 10,634.33** | |
| PEGASUS BENEFITS GROUP, LLC | 23674 E. PHILLIPS PLACE | | AURORA | CO | 80016 | $ 5,715.04 | 6/30/2025 |
| PEGASUS BENEFITS GROUP, LLC | 23674 E. PHILLIPS PLACE | | AURORA | CO | 80016 | $ 4,709.05 | 6/30/2025 |
| PEGASUS BENEFITS GROUP, LLC | 23674 E. PHILLIPS PLACE | | AURORA | CO | 80016 | $ 1,429.89 | 7/31/2025 |
| **PEGASUS BENEFITS GROUP, LLC Total** | | | | | | **$ 11,853.98** | |
| PRIESTLEY COMPANY INC | 3500 BLUE LAKE DRIVE | SUITE 280 | BIRMINGHAM | AL | 35243 | $ 14,599.82 | 5/31/2025 |
| PRIESTLEY COMPANY INC | 3500 BLUE LAKE DRIVE | SUITE 280 | BIRMINGHAM | AL | 35243 | $ 7,575.17 | 6/30/2025 |
| PRIESTLEY COMPANY INC | 3500 BLUE LAKE DRIVE | SUITE 280 | BIRMINGHAM | AL | 35243 | $ 1,051.27 | 7/31/2025 |
| **PRIESTLEY COMPANY INC Total** | | | | | | **$ 23,226.26** | |
| PROVIDENCE BENEFITS LLC | 2000 PROVIDENCE PARK | STE 200 | BIRMINGHAM | AL | 35242 | $ 25,210.50 | 5/31/2025 |
| PROVIDENCE BENEFITS LLC | 2000 PROVIDENCE PARK | STE 200 | BIRMINGHAM | AL | 35242 | $ 22,875.48 | 6/30/2025 |
| **PROVIDENCE BENEFITS LLC  Total** | | | | | | **$ 48,085.98** | |
| PROVIDENCE INSURANCE COMPANY I.I., LLC | PO BOX 13273 | | SAN JUAN | PUERTO RICO | 00908-3273 | $ 29,314.73 | 6/16/2025 |
| PROVIDENCE INSURANCE COMPANY I.I., LLC | PO BOX 13273 | | SAN JUAN | PUERTO RICO | 00908-3273 | $ 5,665.50 | 6/16/2025 |
| PROVIDENCE INSURANCE COMPANY I.I., LLC | PO BOX 13273 | | SAN JUAN | PUERTO RICO | 00908-3273 | $ 1,893.00 | 6/30/2025 |
| PROVIDENCE INSURANCE COMPANY I.I., LLC | PO BOX 13273 | | SAN JUAN | PUERTO RICO | 00908-3273 | $ 28,320.07 | 6/30/2025 |
| PROVIDENCE INSURANCE COMPANY I.I., LLC | PO BOX 13273 | | SAN JUAN | PUERTO RICO | 00908-3273 | $ 5,656.50 | 6/30/2025 |
| PROVIDENCE INSURANCE COMPANY I.I., LLC | PO BOX 13273 | | SAN JUAN | PUERTO RICO | 00908-3273 | $ 1,876.50 | 6/30/2025 |
| PROVIDENCE INSURANCE COMPANY I.I., LLC | PO BOX 13273 | | SAN JUAN | PUERTO RICO | 00908-3273 | $ 5,206.50 | 7/15/2025 |
| PROVIDENCE INSURANCE COMPANY I.I., LLC | PO BOX 13273 | | SAN JUAN | PUERTO RICO | 00908-3273 | $ 27,482.10 | 7/15/2025 |
| PROVIDENCE INSURANCE COMPANY I.I., LLC | PO BOX 13273 | | SAN JUAN | PUERTO RICO | 00908-3273 | $ 1,734.00 | 7/15/2025 |
| **PROVIDENCE INSURANCE COMPANY I.I., LLC Total** | | | | | | **$ 107,157.90** | |
| RSC INSURANCE BROKERAGE INC. | DBA RISK STRATEGIES COMPANY | 160 FEDERAL STREET, FLOOR 4 | BOSTON | MA | 02110 | $ 6,086.06 | 6/30/2025 |
| RSC INSURANCE BROKERAGE INC. | DBA RISK STRATEGIES COMPANY | 160 FEDERAL STREET, FLOOR 4 | BOSTON | MA | 02110 | $ 2,745.04 | 6/30/2025 |
| RSC INSURANCE BROKERAGE INC. | DBA RISK STRATEGIES COMPANY | 160 FEDERAL STREET, FLOOR 4 | BOSTON | MA | 02110 | $ 1,917.34 | 7/31/2025 |
| **RSC INSURANCE BROKERAGE INC. Total** | | | | | | **$ 10,748.44** | |
| SUFFOLK ADMINISTRATIVE SERVICES, LLC | METRO OFFICE PARK LOT #2 STREET 1 | SUITE 400 | GUAYNABO | PUERTO RICO | | $ 20,030.00 | 6/30/2025 |
| SUFFOLK ADMINISTRATIVE SERVICES, LLC | METRO OFFICE PARK LOT #2 STREET 1 | SUITE 400 | GUAYNABO | PUERTO RICO | | $ 19,725.00 | 6/30/2025 |
| SUFFOLK ADMINISTRATIVE SERVICES, LLC | METRO OFFICE PARK LOT #2 STREET 1 | SUITE 400 | GUAYNABO | PUERTO RICO | | $ 19,725.00 | 6/30/2025 |

| Vendor | Adress 1 | Address 2 | City | State | Zip | Amount Including Tax | Due Date |
|---|---|---|---|---|---|---|---|
| SUFFOLK ADMINISTRATIVE SERVICES, LLC | METRO OFFICE PARK LOT #2 STREET 1 | SUITE 400 | GUAYNABO | PUERTO RICO | | $ 18,400.00 | 7/15/2025 |
| **SUFFOLK ADMINISTRATIVE SERVICES, LLC Total** | | | | | | **$ 77,880.00** | |
| TRES HEALTH, INC | 950 PENINSULA CORPORATE CIRCLE | SUITE 3007 | BOCA RATON | FL | 33487 | $ 58,793.00 | 5/15/2025 |
| TRES HEALTH, INC | 950 PENINSULA CORPORATE CIRCLE | SUITE 3007 | BOCA RATON | FL | 33487 | $ 8,620.00 | 5/31/2025 |
| TRES HEALTH, INC | 950 PENINSULA CORPORATE CIRCLE | SUITE 3007 | BOCA RATON | FL | 33487 | $ 20,047.50 | 6/30/2025 |
| **TRES HEALTH, INC Total** | | | | | | **$ 87,460.50** | |
| UNDERWRITING MANAGEMENT EXPERTS LLC DBA G| 900 Forty Foot Rd | | LANSDALE | PA | 19446 | $ 9,653.63 | 5/31/2025 |
| UNDERWRITING MANAGEMENT EXPERTS LLC DBA G| 900 Forty Foot Rd | | LANSDALE | PA | 19446 | $ 46.14 | 6/30/2025 |
| UNDERWRITING MANAGEMENT EXPERTS LLC DBA G| 900 Forty Foot Rd | | LANSDALE | PA | 19446 | $ 47.92 | 6/30/2025 |
| UNDERWRITING MANAGEMENT EXPERTS LLC DBA G| 900 Forty Foot Rd | | LANSDALE | PA | 19446 | $ 9,226.19 | 6/30/2025 |
| UNDERWRITING MANAGEMENT EXPERTS LLC DBA G| 900 Forty Foot Rd | | LANSDALE | PA | 19446 | $ 370.00 | 7/31/2025 |
| UNDERWRITING MANAGEMENT EXPERTS LLC DBA G| 900 Forty Foot Rd | | LANSDALE | PA | 19446 | $ 6,186.87 | 7/31/2025 |
| UNDERWRITING MANAGEMENT EXPERTS LLC DBA G| 900 Forty Foot Rd | | LANSDALE | PA | 19446 | $ 6,418.38 | 8/31/2025 |
| **UNDERWRITING MANAGEMENT EXPERTS LLC DBA GERBER STOP LOSS Total** | | | | | | **$ 31,949.13** | |
| VALENT GROUP LLC | 3500 BLUE LAKE DRIVE, STE 120 | | BIRMINGHAM | AL | 35243 | $ 6,415.20 | 6/30/2025 |
| VALENT GROUP LLC | 3500 BLUE LAKE DRIVE, STE 120 | | BIRMINGHAM | AL | 35243 | $ 3,716.11 | 7/31/2025 |
| VALENT GROUP LLC | 3500 BLUE LAKE DRIVE, STE 120 | | BIRMINGHAM | AL | 35243 | $ 5,218.08 | 7/31/2025 |
| **VALENT GROUP LLC Total** | | | | | | **$ 15,349.39** | |
| VIRTUAL SUPPORT OPTIONS | 6255 CHEROKEE WAY | | SUWANEE | GA | 30024 | $ 5,182.58 | 6/27/2025 |
| VIRTUAL SUPPORT OPTIONS | 6255 CHEROKEE WAY | | SUWANEE | GA | 30024 | $ 3,035.80 | 7/10/2025 |
| VIRTUAL SUPPORT OPTIONS | 6255 CHEROKEE WAY | | SUWANEE | GA | 30024 | $ 3,765.77 | 7/15/2025 |
| VIRTUAL SUPPORT OPTIONS | 6255 CHEROKEE WAY | | SUWANEE | GA | 30024 | $ 7,366.25 | 7/22/2025 |
| VIRTUAL SUPPORT OPTIONS | 6255 CHEROKEE WAY | | SUWANEE | GA | 30024 | $ 5,721.54 | 7/29/2025 |
| VIRTUAL SUPPORT OPTIONS | 6255 CHEROKEE WAY | | SUWANEE | GA | 30024 | $ 330.00 | 7/31/2025 |
| VIRTUAL SUPPORT OPTIONS | 6255 CHEROKEE WAY | | SUWANEE | GA | 30024 | $ 6,879.61 | 8/5/2025 |
| **VIRTUAL SUPPORT OPTIONS Total** | | | | | | **$ 32,281.55** | |
| WASHINGTON NATIONAL INSURANCE COMPANY | 11825 NORTH PENNSYLVANIA STREET | | CARMEL | IN | 46032 | $ 4,671.88 | 6/30/2025 |
| WASHINGTON NATIONAL INSURANCE COMPANY | 11825 NORTH PENNSYLVANIA STREET | | CARMEL | IN | 46032 | $ 4,877.08 | 6/30/2025 |
| **WASHINGTON NATIONAL INSURANCE COMPANY Total** | | | | | | **$ 9,548.96** | |
| WILLIS TOWERS WATSON NORTHEAST, INC. | 200 LIBERTY STREET | | NEW YORK | NY | 10281 | $ 2,899.48 | 7/31/2025 |
| WILLIS TOWERS WATSON NORTHEAST, INC. | 200 LIBERTY STREET | | NEW YORK | NY | 10281 | $ 7,399.29 | 7/31/2025 |
| **WILLIS TOWERS WATSON NORTHEAST, INC. Total** | | | | | | **$ 10,298.77** | |
| YEARY & MOORE, LLC | 2106 CAHABA ROAD | SUITE B | BIRMINGHAM | AL | 35223 | $ 4,811.82 | 6/30/2025 |
| YEARY & MOORE, LLC | 2106 CAHABA ROAD | SUITE B | BIRMINGHAM | AL | 35223 | $ 2,737.66 | 6/30/2025 |
| YEARY & MOORE, LLC | 2106 CAHABA ROAD | SUITE B | BIRMINGHAM | AL | 35223 | $ 2,791.98 | 7/31/2025 |
| **YEARY & MOORE, LLC Total** | | | | | | **$ 10,341.46** | |
| **Grand Total** | | | | | | $ 2,523,431.44 | |

☐ **Check if this is an amended filing**

**WARNING** - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
8/15/2025

/s/ Tim Dewey

Signature of individual signing on behalf of debtor

Tim Dewey

Printed name

Chief Operating Officer

Position or relationship to debtor

**Are additional pages to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?**

☐ No

☑ Yes